LYNN K. BAILEY,                                    *
      Plaintiff identified in caption of First
      Amended Petition for Damages,

FAYE LARCHE; GILBERT                               *        CIVIL ACTION
LARCHE; ROLAND BROUSSARD; ELDORA
CASTELL; LIONEL CASTELL, SR.; CLIFTON                       JUDGE
SMITH; CLIFTON SMITH; CHARLES
ANDERSON; JENCY ANDERSON; AUGUST                            SECTION " "
FAVAROTH; HELEN CARTER; EMILY
JONES; TAMYRA BACCHUS-WALLACE;                              MAGISTRATE
BARBARA BAPTISTE;
OLIVIA BARTHOLOMEW; NEKITA BOURNE;
ERNEST BROWN; BEATRICE CAMBRIDGE;
BRENDA CHAPMAN; DOROTHY P. CLOUD;
MARY R. COSSE; KRISTY DELVALLE;
SHOUN EVANS; CORA JEAN FERRAND;
ROSA FUSELIER; CHAUNCEY GREEN;
D'WANNA GREEN-HAYES; WILMA T.
HURLEY; STEVE JOHNSON; MARENTHIA M.
LAGARDE; JOHN LOPEZ, JR.; JOANN
PATTERSON; BETTY RICHARDSON;
O'SHEIA ROBINSON; COREY ROBINSON;
LATANYA ROBERTS; TERRENCE ROBERTS;
RHONDA ROW; LYNETTE SMITH; DENEEN
M. STEWART; ALVIN TURNER; THE ESTATE
OF EUGENE J. WALLACE; VERDELL
WHARTON; ESTELLA WILEY; JEANELL
WILLIAMS; JOANN WILFRED; CHARLES
WILLIAMS,
      Plaintiffs listed in "Exhibit B" to First
      Amended Petition for Damages,

EDWINA BLACKSTONE; HARRY                           *
FRANATOVICH; CONSTANCE DAVIS;                      *
RICHARD HOWARD; MICHAEL                            *
CALLAGHAN; BRYAN BAGNETTO; JOANNE                  *
URSIN; TONY COLLINS; DONNA PEARSON;                *
HARRIET BATTISTE; JULIENNE GRENIER;                *
BRANDY STOKES; DEDRECK STEWART;                    *
THELMA TOPEY; LIONEL CARMOUCHE;                    *

1

CYNTHIA BURTHLONG; PROPHET FOX;          *
JEFFREY NED; IDA EUGENE; SPENCER         *
WASHINGTON; WILLIE MAE WILSON;           *
HORACE BYNUM SR.; NAOMI WILLIAMS;        *
MARY SHERMAN; BENNIE FRANCIS SR.;        *
HOLSA BROWN; PATRICIA GRANT; WANDA       *
POLK; LINDA JOHNSON; ERNEST JOHNSON;     *
RONALD STIMAGE; VERNON LEWIS;            *
NOELLA THONN; CLARISSA SHERMAN;          *
NEVELLE BELL; RAYMOND LIETEAU;           *
WALI ABDEL-RAOOF; JOHN TUCKER;           *
THERESA FECKE; EMILY PRICE; JOSEPHINE    *
BECHET; KIMBERLY ROBINETTE; RITA         *
BENNETT; ADLINE TENNYSON; JANET          *
TROULLIER; HILDA TENNYSON; ANTHONY       *
PICOT JR.; LENNY ALVAREZ; MARIE          *
ALBERT; RICHARD VOSS; WINIFRED           *
BRADFORD; NONA HONORE; EVA EVANS;        *
SOPHIA BEECHAM; BERNICE JOINER;          *
DIANE OLIVE; LEONARD MOORE; MARY         *
WALKER; NORMAN PALAZZO; GLORIA           *
BENANDI; LONNIE SWAIN; SONJA             *
ALRIDGE; LOUISE GIVENS; MARY STARKS;     *
MARY CROOKS; LEONA GRANDISON;            *
LORRAINE THORNTON; LYNETTE               *
JORDANA; LAN NGUYEN; JOANN GILES;        *
SANDRA EDGERSON; MELANIE                 *
STALNAKER; ALISKA MOFFETT; DALE          *
WHITFIELD; CATHERINE CRUZ; SHEILA        *
VINCENT; FRANK MCDANIEL; LANA            *
GAMBLE; DEIDRE GANT-HUTCHINSON;          *
VINCENT FORTE; JEAN TERRIE; JANICE       *
GORDON; TRUEVEEN CARNEY; LYDIA           *
WASHINGTON; STEPHANIE MARIGNY;           *
WILLIE CLAY; MARILYN BOURGEOIS;          *
BARBARA DUPLESSIS; JOYCE TWINE;          *
CHARLES USNER; GLENDER LONG; GREG        *
MORALES JR.; CHERYL HERNANDEZ;           *
SANDRA PETERS; ETHELLEE HOOKER;          *
ALVIN CLAVO SR.; MARTHA LOFTON;          *
JEANNE ROUSE; DONALD HARRIS SR.;         *

MARY ANNE LOCANTRO; SANDRA          *
WILLIAMS; COREY DAVIS; MANUEL       *
GAGLIANO; R.E. PAYNE; STEPHEN CLARK; *
GAYNELL DESPINASSE; ROSE EAGLETON;  *
MELANIE LECOMPTE; JOYCELYN          *
BRUNSON; DAVID ERNST; PRISCILLA     *
MONROE; OVADER LORIO; ANNIE         *
MONTANA; JOHN GUZZARDO; AUDRY       *
STEWARD; HAZEL RALPH; SUE CHAN-     *
JOHNSON; PEARL RICE; PEARL RICE;    *
CHARLES SMITH; LAVONSELL ROGERS;    *
MARY SHARP; PENNIE RILEY-FALKINS;   *
PAUL ROBERTSON SR.; MANUEL PINTO JR.; *
BEULAH FORSTALL; ANDRE MCCARTHY;    *
ELOISE BLUNT; WILLIE MAE            *
DANGERFIELD; TRACI BERRY-OWENS;     *
LEENETTE FRANCIS-JUPITER; KAREN     *
BIAGAS; CHARLES MAXWELL; LUCY       *
RAMSON; STEVEN LEAKE; WALTER BIAS;  *
EFREM WILSON; ELLEN COOPER; LILLY   *
STEIN; CHRISTOPHER LOVE; RONALD     *
BARTON; JEANNE MARTIN; CORY VIDAL;  *
IRI SKINNER; JAMES RHODES; IRENE    *
LEAUMONT; DELORIS PLAIN; MABEL      *
BARLEY; CATHY LUTER; COLUMBUS       *
WILLIAMS; LEEANNA THOMAS; ROSE      *
UHLICH; MICHAEL BROUSSARD SR.; JEAN *
HALL; JON CRENSHAW; PATRICIA        *
DERUISE; FAYE JERNIGAN; JOYCE SCOTT- *
CLIPPS; ANTOINETTE WHARTON;         *
CAROLYN JAMES; PAUL LANAUX;         *
TIERNEY DECUIR; YVETTE ALBERT;      *
SHEILA WALKER; CYNTHIA VAUGHN;      *
MERLIN MCCORMICK; CHERYLE COLLINS;  *
CLYNTIE MARTIN; DEIADRE ROBINSON;   *
HAROLD MORRIS; LEON BURTON;         *
MELINDA CUBBAGE; SCOTT FARRELL;     *
BELINDA UNBEHAGEN; LIVINGSTONE      *
LEWIS; ROBIN HILLS; JESSIE NORRIS;  *
PATRICE WILLIAMS; TERRY             *
QUEBEDEAUX; GREGORY CARTER; ROSE    *

3

MORRIS; WANDA STAMPS; NANCY                    *
DATTALO; ANTONIO GIBSON; RAPHAEL               *
GIMENEZ; CRAIG JOHNSON; GENEVA                 *
OGLESBY; TERRIUS HILLIARD;                     *
JACQUELINE THOMAS; ODEAL SULLIVAN;             *
RONALD LAMOTHE; PATRICIA DEVENS;               *
PATRICK PARENTON; GWENDOLYN                    *
PERKINS; JOSEPHINE PHILLIPS; REBECCA           *
SCOTT-SHALLOWHORNE; JENARD BLAINE;             *
EZZARD WILSON; EARL LONG; CORINNE              *
ELLOIE; VICTOR DURAPAU JR.; DENNIS             *
SCHEUERMANN; JUNG IAN TUSA; DORIS              *
WARREN; HAROLD BLAPPERT; JOHN                  *
GOLDEN; MILDRED WHITE; CATHERINE               *
JOHNSON; DALE DELPIT; LORENTZ                  *
FRACHTLING; CHARLES DRAGO; EASTER              *
MYERS; MATHILDA LALLY; DOROTHY                 *
CARTER; ANNA CLAY; KAREN CAMERON;              *
VERNON ERNST; ELLA FONTENOT; ERIK              *
ANDERSON; ETHELLEE HOOKER; SHELIA              *
SAWYER; WANDA VARNADO; PERCY                   *
PAYNE; DAVID GOODMAN SR.; TERRY                *
LEBAN; CHRISTINA SORRELS-GUILLOT;              *
HARRIS IRVIN JR.; OSAGIE ODEH;                 *
HERBERT JOHNSON; LEATRICE CANFIELD;            *
ISHANTI FREEMAN; LYNN WILLIAMS-                *
MORGAN; BERNICE GRANT; KAREN                   *
WEBSTER; MICHELLE BANKS; PATRICIA              *
PATTERSON; MARVA LEWIS; TRACYE                 *
MASSEY; SHIRLEY HUGHES; GRACE                  *
WILLIAMS; PATRICIA JACKSON; WALLACE            *
FRANCOIS; DEBBIE BOYLE; JOHNNIE                *
DRIVER; WAYNE MELERINE; JOYCE                  *
JACKSON; KAGERINE DOLISON; TRUMAN              *
GUICHARD; JOSEPH BLAZIO; WILLIAM               *
DOYLE; ANTHONY DARANDA; WOODROW                *
CORMIER SR.; HAROLD JOSEPH; DEBRA              *
THORNTON; MICHAEL WASHINGTON;                  *
ROBERTA JACKSON; SHELIA WEBB; JULIA            *
THOMAS; ALEC CAUSEY; GLEN CYRES;               *
MARY CRANEY; FIDEL BLANCO; GWEN                *

4

MANCUSO; SELMA JONES; BETTY            *
ALEXANDER; CLAIRESSA SMITH; JANICE      *
VALLERY; CONNIE WASHINGTON;            *
CYNTHIA SPENCER; ANDREW JACKSON;       *
CAROLYN MOSES; MOIRA GUICE; ERIC       *
BROWN; VERDELL MOORE; STANLEY          *
LENOX; TRACY NORWOOD; AUGUSTINE        *
MCCORMICK; JIMMIE MAE TAYLOR;          *
ROBIN THOMAS; TRACIE TOWNS;            *
SYLVESTER O'NEAL; LYDIA WASHINGTON;    *
DEBORAH IGIDI; BELINDA FLY; BELINDA     *
FLY; CECILE FERRAND; CONSTANCE         *
CLARK; ROSE DUVERNAY; CATHARINA        *
GRABER; CHARLES SHUFF; HARVEY          *
WATSON SR.; ROWENA ROBINSON; DEBBIE    *
MOORE; LYNN POPE; YUVANCHA             *
WINESBERRY; GERALDINE TORRES;          *
SHELIA DILLON; RUTHIE MCCARVY;         *
DAVID WILLIAMS; JANICE PORTER; UCHA    *
UMAH; CAROL CELESTIN; TERRY            *
JOHNSON; DONALD KEELEN; PATRICIA       *
SAVOY; LYNN PICQUET; CARLOS            *
BARGANIER; CHARLES DRAGO; DANIELLE     *
BARTLEY; KEITH LANGLOIS; MARCUS        *
MORRIS; DAVID SINGLETARY; JESSICA      *
GIBSON; PAULA BRADFORD-TAYLOR;         *
GAIL MILLER; BIRDELL DENNIS;           *
JUANETTA MCCARVY; SHELDON CLARK        *
SR.; CELESTE JACKSON; KENNETH GIBSON;  *
KERMIT BRAZLEY; KERMIT BRAZLEY;        *
KERMIT BRAZLEY; KERMIT BRAZLEY;        *
KERMIT BRAZLEY; KERMIT BRAZLEY;        *
KENNETH HAINES; SHAWANDA WRIGHT;       *
GAY FORD; RUTH ENNA; VIRGINIA          *
PLEASANT; APRIL ALRIDGE; HATTIE        *
HALEY; LINDA WILSON; RHONDA            *
JOHNSON; KARL MOLDEN; ETHEL CLARK;     *
SANDY TOPEY; JOYCE DAVIS; ROSA         *
FORGES; GERTIE WASHINGTON; BRENDA      *
BARABINO; RICHARD ENCALADE; JACKIE     *
STEPP; LISA MIMS; AARON LABAT;         *

LUCILLE HARDEN; ESTER SMITH; TRINA          *
JOHNSON; ANITA COBBINS; LAUREL              *
BABBITT; GERALD CAMERON; GLENDA             *
WATTERS; JOYCE TOUSSAINT; LINDA             *
THOMAS; ANNETTE FRANKLIN; JUDY              *
JENKINS; MARY LOUISE ADAMS; LISA            *
COX; LISA COX; BRUCE YOUNGBLOOD;            *
KATHLEEN GARDERE; JOAN CARDRICHE;           *
REBECCA HOLMES; NATALEE                     *
WASHINGTON; JOSEPH PAILLOT; MYRTLE          *
SMITH; JOSEPH SPURLOCK; EVELYN              *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; EVELYN                        *
DEBARDELEBEN; LEVI CARTER; BARBARA          *
ROSS; DELEASE WILLIAMS; ANGELIA             *
REYNOLDS; STEPHANIE SANDER; KAREN           *
BROWN; MELVIN HENRY; FRANK MAYES;           *
WILSON BOWIE; DARRELL YOUNG;                *
SAMMIE SCHENKER-FRIEDMAN; SHERYL            *
ANN GIBSON; RICHARD GATTIS; MARION          *
BROWN; VERNA BROWN-ARCHIE;                  *
EARLEEN JONES; VERNON BESSE SR.;            *
CLYDE SICARD; LYNDA DYER; NAT               *
LOCASCIO; CALANDTHIA RANDALL;               *
QURANCE WILLIAMS; MAURA                     *
RICHARDSON; JOHNNY TIBBS JR.; DONNA         *
JACKSON; VIRDEL GILLARD; WAYNE              *
SCHAUB; GAIL LOMBARD; MARY                  *
DUCKSWORTH; AUDREY WHITTINGTON;             *
DOROTHY THURMAN; ALLEN HENRY SR.;           *
THELMA SINGLETON; LISA METOYER;             *
LIONEL CORNU; DEBRA ALBRIGHT;               *
CYNTHIA JONES-DOUGLAS; TAMRA                *
ROBINSON; EDWARD GASPER JR.; LESTER         *

6

MOREAUX; CLIFTON JUSTIN SR.; SHANNON          *
WATTERS; LILLIE BANKS; CARLENE                *
WILLIAMS; GARRY LUTER; GARRY LUTER;           *
LISA COX; AMY CORCA; DOROTHY                   *
POWELL; DIANNA ABRAHMS; SHIRLEY               *
LACROIX; KIRK LANDRY; JORICEEN                 *
CARTER; RONALD BIERRIA; MARY                   *
MURRAY; BEVERLY DORSEY; ETHEL                  *
WILLIAMS; CAROLINE BROWN;                      *
MARGARET SCHOENNAGEL; TANGELA                  *
STEWART; GILBERT CAMBRE; EDITH                 *
MURDOCH; JOHN GOLDEN; JOHN GOLDEN;            *
CECILLE WILLIAMS; VICTOR BRUNO;               *
NORMAN BOURQUE; KELLY JESSIE;                  *
CHARLES DRAGO; DAVID BRELAND JR.;             *
RON LEMOINE SR.; WILEY ATES;                   *
KATHERINE JAHNCKE; ROGER                       *
MCCONNELL; GERTRUDE HEBERT; DEBRA             *
MARTINEZ; PATSY DAVIS; ALEXANDER              *
BYRD JR.; MARIA GUERRERO; LINDA               *
STALLS; ENRIQUE CERDA; ERIC HARDY;           *
PAMELA COLLINS; JOANNE SERIO; JESSIE          *
LEE; GAYLE HURSEY; ELAINE MURPHREE;          *
LEVY ARMSTRONG; PAULA DAVIS;                   *
BARBARA FLEMING; BURDELL ROBINSON;           *
MICHAEL MARTIN; FRANK HARPSTER;               *
EMANUEL PAUL; SULLIVAN SMITH SR.;            *
PATRICIA BROWN-THOMAS; GLENN                   *
PLAISANCE; REGINA GUIDRY; DIANA               *
SCHWINDT; NETTIE HOGAN; ROBERT                *
SHAHINE JR.; LEON FULTON; MARK                *
BOUDREAUX; LESLIE MARTINEZ;                    *
EPHRAIM NJIKE; BRENDA AKERS; ALFED            *
FELTON; WILLIE JOHNSON; VICKIE                 *
THOMAS; LYNN WILLIAMS-MORGAN;                  *
ETHELYN WEBB; DOROTHY LAFRANCE;               *
ROBIN JAMES; CHANTELL PIERRE;                  *
STEPHANIE JONES; LIONEL PARKER JR.;          *
SONJA BRUNIOUS; ARDELL WALTERS;              *
ELIZABETH PIER; KERRY LLOPIS;                 *
HERMENESE DUNN; PATRICIA WOODS;              *

DAVID GIARDINA; DIANNE CAMPBELL-          *
SANDERS; EMMETT MESSICK; CARLO            *
JAMES; WALTER AMEDEE; SHIRLEY             *
TAYLOR; VIRGINIA HILL; PATRICIA           *
CARNEY; GLORIA JAMES; DENISE MORRIS;      *
ULAH LEE; KEVIN CORMIER; JANICE           *
SMITH; ALMARIE FORD; KAREN ACOSTA;        *
FELTUS LEE; ROSALIN TRENCH; EVELYN        *
RIVERA; JEROME LACIURA; SHELLY            *
DAUTERIVE; GRETA THOMPSON; DIANA          *
HAUCK; WANDA SANTA MARINA;                *
SALVADOR TORTORICH; ANGELA                *
MORRELL; CAROL HOCKE; DUKE                *
FRANCISCO SR.; MICHAEL ARMSTRONG;         *
JAMES HONORE; DEBRA ADAMS; EARLINE        *
LANGFORD; EMILY SIGUR; AARON ASH;         *
HEATHER LECHNER; LYNETTE MCKENZIE;        *
ELAINE JACKSON; GEORGE GREEN;             *
DEBORAH IGIDI; JAMES THORNTON; LOUIS      *
JOHNSON JR.; CARROLL MURRAY TURNER;       *
ANTHONY ROMANO; BESSIE JONES;             *
SHIRLEY MARTIN; STEPHEN SNYDER; LOIS      *
ST. CYR; RONALD CORDIER; URSULA           *
WATTS; EDNA CALLAHAN; DANIEL              *
LUTHER; LEONARD JONES III; PATRICIA       *
ROBINSON; NATHANIEL HARTFORD JR.;         *
KIMBERLY LABRUZZA; MARY WEST; JOHN        *
CURTIS; JOELLEN MAYEAUX; PETRINA          *
JOHNS; ANNA FASIC; KAREN CLAVERIE;        *
EUGENE LEFEVRE; DAVID MCNEIL;             *
ESTRELLITA WALLACE; AUDREY                *
JOHNSON; RONALD HEBERT; HENRY             *
MOLDEN; ROBERT PAMPAS; CLARENCE           *
CARTER; GERALDINE BLANCHARD;              *
RANDIE POROBIL; RANDIE POROBIL; SAM       *
SLAVICH; FREDDIE SAWYER JR.; ERIC         *
CAMPO; PARRY CARDON; PATRICK              *
CAMPO; DAVID WALTER; BARBARA              *
CARROLL; JOHN EBLEN; RANSDELL             *
HEBERT; JESSE LEBLANC; THERESA PIER;      *
JAMES SCHULZ JR.; VINCENT CANZONERI;      *

8

SHERRY WILKERSON; EDWIN                    *
BUSTAMANTE SR.; TROY CHESTNUT;             *
RUDOLPH DEBOSE SR.; LEROY WALKER;          *
WILDERETTE SMITH-PRESS; ROSE PONS;         *
KARL BURKE; GEORGE THOMAS; TROI            *
VIGNE; GREGORY MARSHALL SR.;               *
MICHAEL ROBERTS; EMANUEL LEVI JR.;         *
RUBY WASHINGTON; ANDRE SPEARS;             *
KAREN ROTH-ARRIGO; ALLEN AUGLAIR;          *
BETTY DALTON; GWENDOLYN JASMINE;           *
CHERITA ADAMS; JOHN SMITH; JASPER          *
ROLAND; LISA MORRIS; BARRY BUISSON;        *
DONALD BOTSAY JR.; MARLENE KLEIN;          *
JANICE LAZARD; CHRISTINA COBBINS;          *
BERNADINE WILLIAMS; WILLIE WILLIAMS;       *
VANESSA SMITH; CHRISTIAN OLEA; MARK        *
BATISTE; ALICIA DAVIS; ALICE RUSSELL;      *
LORRAINE ANGELO; ARCHIE GREFER;            *
ROSALYN SMITH; RAMAKANT KEDIA;             *
MARI MARCUS; RAYMOND HOLMES SR.;           *
JEAN BERTHELOT; CAMILLA DUMAS;             *
EDWARD GASPER; RAYMOND STOKES;             *
NICOLE CLARK; JULIA LOPIPARO; JANICE       *
MULDER; MARYANN LOPIPARO; KAREN            *
RICKS; ROSEMARY HICKMAN-BIERRIA;           *
R.T. NIXON; BILLIE HUNT; CRAIG             *
JOHNSON; DAVID JENNINGS; AUSTIN            *
SICARD SR.; LOUIS BERTAUT; LILLIAN         *
LEWIS; VIVIAN SMITH; BARBARA               *
TOLEDANO; EDWARD POPE; SHELIA              *
JENKINS; ASTRA TENNYSON; BRENDA            *
SIMPSON; MARIE GRIFFIN; DIANNA             *
ABRAHMS; WAYNE MARTIN; DEBORAH             *
CALDWELL; EDWIN ROUX; KAREN                *
CHIAPPETTA; EDWARD THURMOND;               *
DEBORAH BLUNT; NIKITA SIMMONS; LIZ         *
TOLES; VERNELL SMITH; VERNON               *
THOMAS; RONALD SMITH; JAMES                *
SINGLETON; SHEPPHARD ROUBION SR.;          *
CHARLES WIRTH; LEO PRAETORIUS; ROSIE       *
CALVIN; ROSIE CALVIN; RICHARD              *

GUIDRY; HAROLD GONZALES SR.; COREY          *
DAVIS; CARDELLA REED-SMITH; MARY            *
SQUARE; ROSE FRAZIER; REGINA CRAFT;         *
URSULA MARTIN; RODNEY ANGLADA;              *
ALBERT LEININGER; JASON NEGROTTO;           *
JOSEPH MEYERS; VERONICA UMRANI;             *
HERITAGE ACADEMY LT; SANDRA                 *
KENARD; LAKECHIA RISIN; VONTERENCE          *
ADAMS; LORETTA RILEY; JACQUELINE            *
ELLIS; JOSEPH BATTLEY; DAWN                 *
FREEMAN; ELDORA LEWIS; ETHEL                *
VERNON; VIRGINIA PRYOR; JANICE              *
DUKES; CARRIE BANKS; KEVIN FRANCOIS;        *
CONNIE TENHAAF; CHERYL HALLAL;              *
BETTY WATSON; WILLIAM KRENKEL SR.;          *
ERICA BALLIER; LINDA BLAZIO; EDNA           *
BARNES; KATHLEEN FISCHER; JUANITA           *
CAITON; JOHN BROWNE; LESLIE                 *
OLIVERIA; BRIAN FRANKLIN; JANICE            *
WILLIAMS; JAMES ALVAREZ; JERRY              *
JOHNSON; AKIRA JEROME; MICHAEL              *
WILLIAMS; HARRY DEKAY; DAMEIN               *
MENENDEZ; ANTHONY WISE; CAROL               *
SALASSI; IMOGENE SMITH; CATRICE             *
WASHINGTON; BEVERLY MEREDITH; JOAN          *
DELANEY; AUDREY LACKINGS; BEVERLY           *
COCKERHAM; RUTH PATTERSON;                  *
THERESA DELMORE; JOANN SMITH; LOUIS         *
CASIMIER; SHIRLYN CASIMIER; PATRICIA        *
WHITE; LOURELL TURNER SR.; JAMES            *
LAMPTON; PATRICIA EDINBURGH; AVERY          *
MATTHEWS JR.; CECILY LAMBERT;               *
LAURYN MATTHEWS JR.; MICHELLE TATE;         *
PATRICIA GREEN; PATRICIA GREN;              *
REGINA LIMA; WILTON TATE; CYNTHIA           *
JAMISON; OSCAR SINGLETON; LINDA             *
JACKSON; PAMELA WALKER; ROSE                *
HUNTLEY; ALICE BUTLER; ALLIE                *
ALEXANDER III; ANGELA WALKER;               *
BARBARA JONES; BENITA DUMAS;                *
BERNARD DUCRE; BRANDON PERKINS;             *

BRIAN WALKER SR.; BRIDGETTE REAUX;         *
CARLETTA JENKINS; CARRIE DIXON;            *
CATHY FISHER; CHRISTOPHER DUMAS;           *
CHRISTOPHER DUMAS JR.; CLAUDIA             *
WILLIAMS; DAISY KING; DANA                 *
GONZALES; DARLENE KLIEBERT;                *
DEBORAH SQUARE; DEBRA DOTY;                *
DEMARIUS THURMOND; DEMETERICUS             *
THURMOND; DOROTHY HUSBAND; EDDIE           *
CHARLES; EDWARD THOMPSON;                  *
ERNESTYNE BASS; ESTER PERKINS; FRANK       *
HARRIS; GAIL TUCKER; GISSELE JOSHUA;       *
GLORIA CHRISTOPHER; HALTRON ADAMS;         *
HAROLD SEARS; HENRY KLIEBERT;              *
HERMAN PLUNKETT; IKEA JOSHUA; IRI          *
SKINNER; IRMA ODDS; ISSAC JOSHUA JR.;      *
JAMAL NETTLES; JAMILAH HAMPTON;            *
JAMIRA NETTLES; JAMYRIN WATSON;            *
JANAYA HAMPTON; JARRETT WATSON,            *
JR.; JARRETT WATSON, SR.; JIA NETTLES;     *
JOHN POWELL; JOSEPH PERKINS; JOYCE         *
ANDERSON; JUSTIN HARRISON; KIRK           *
JOHNSON SR.; KIRSTEN JOHNSON; LARRY        *
JENKINS; LATORIA BASS; LILLIAN             *
POWELL; LINDA THOMPSON; LORRAINE           *
FIELDS; LOUVENIA ALLEN; LYDIA              *
CHARLES; MADELYN BRYANT; MARGIE            *
THOMPSON; MARVIN NETTLES; MARY             *
SHARETT; MATTIE WALTERS; MERCEDES          *
DUCRE; MILTON JOSEPH JR.; NATHANIEL        *
THURMOND; NETTIE LEE; RAYMOND LEE;         *
RUTH LEFORT; RUTH LEFORT; SANDRA           *
MALDONADO; SHARON NETTLES;                 *
TERENCE DUCRE; THELMA HALL; TRACI          *
ALLEN; VALENCE DUCRE; VANESSA              *
SYLVESTER; VERLINDA NARCISSE;              *
WANDA TOWNSEND; WILLIAM LOCKETT,           *
JR.; WILLIE JOHNSON; YVONNE HUNTLEY;       *
YVONNE JOHNSON; ZANOBIA LAMPTON;           *
ALRINN PUNDS; HAROLD GILMORE;              *
MICHELLE PETERS; PAULETTE COLLOR;          *

WILTON PETERS; RAYMOND JACKSON;          *
ADRIAN HARRISON; CHARLES HARRISON        *
JR.; EVELYN HARRISON; KRYSTLE            *
HARRISON; DEREK PROGAIS; EDGAR           *
TORREGANO; JANINE THOMPSON; DONNA        *
FREDERICK; LETTIE MARINOVICH; MARY       *
NEAPOLEON; MILTON MARINOVICH;            *
SHEENA FREDERICK-WILLIAMS;               *
CORRAINE WASHINGTON; NICOLE BANKS;       *
TYRONE BANKS SR.; WILBERT                *
WASHINGTON; ADONAI COLLINS;              *
ANTHONY WASHINGTON; CATRICE              *
COLLINS-WASHINGTON; DIANE HARRIS;        *
ROSE WEST; ANDREA JOHNSON; FIERRAU       *
ALEXANDER; GERARD CARTER; KARAN          *
ALEXANDER; KENNETH JOHNSON;              *
ROCQUEL STERLING; KENDRA JOHNSON;        *
JANAE CROOK; BRIONE ALLEN; DIANNE        *
ALLEN; EDWARD ALLEN; HAKEIM ALLEN;       *
JAMES CASBY, SR.; RONEKA ALLEN; SARIA    *
ALLEN; TIMOTHY ALLEN; TRINEICE           *
ALLEN; NORMAN ADAMS, SR.;                *
CASSANDRA ADAMS; DANIEL HAWKINS          *
JR; DORIS NELSON; JOANN MEDICE; JOYCE    *
OWENS; SHEILA THORNTON; DARILYN          *
BARTHOLOMEW JR.; DARRYL                  *
BARTHOLOMEW; DARRYL                      *
BARTHOLOMEW JR.; DEREK                   *
BARTHOLOMEW; DOMINIC                     *
BARTHOLOMEW; SHERITA                     *
BARTHOLOMEW; BRIDGEJA BAKER;             *
BRIDGET BAKER; THOMAS BAKER JR.;         *
WALTER COCKERHAM; DORITA BLACK;          *
PATRICK YOUNGBLOOD; STACY                *
FRANKLIN; MAXIE FRANKLIN; MILIKA         *
POWELL; JIBRIL TAYLOR; SHIRLENE          *
VANISON; KACELL TEAGUE; YASHENA          *
GILLARD; DWIGHT WILLIAMS; LAWRENCE       *
DUPESSIS, ILL; LAWRENCE DUPLESSIS III;   *
HENRY FONRENETTE; GEORGE THOMAS;         *
GERALDINE THOMAS; GLORIA BROWN;          *

NANCY CONERLY; REBECCA FREDERICK;          *
CLAUDELL BOULIGY; CARMEN GATHE;            *
ARTHUR FOLEY, SR; ASHLEIGH WARD;           *
BARBARA COLAR; DAVID BOYCE;                *
DOLORES JACKSON; GRETHEL LEBLANC;          *
HENRY JONES; HERBERT COLAR; JASMINE        *
WARD; JOANN FOLEY; JOHN BOYCE;             *
JONATHON BOYCE; JOSEPH LEBLANC SR.;        *
JOYCE LANDRY; KEVIN STOVALL JR.;           *
KEVIN STOVALL SR.; SHAJUANIA               *
STOVALL; EDNA STEWART; BARBARA             *
EDWARDS; RAYMOND SUTTON; VERINESE          *
SUTTON; CHUNUARY ROBINSON;                 *
LAVERNE HICKERSON; BARBARA GOINS;          *
BERNARD MARKS; MOHAMMED SAKLI;             *
PATRICIA ALLEN; SHARIONNE MARKS;           *
SIHAM SAHLI; YOLANDA MARKS; JEFFERY        *
RAPP JR.; JEFFERY RAPP SR.; LORRY RAPP;    *
ALLAN DESUIGNES; ISAAC BELLIZAN JR.;       *
JOYCE BELLIZAN; CORA BROWN; DESIREE        *
JOHNSON; ANGELA MUHAMMAD; JABORI           *
MUHAMMAD; KHALIF MUHAMMAD;                 *
MILTON JOHNSON JR.; PETER STERLING;        *
RENDA WILLIAMS; GWENDOLYN TAYLOR;          *
MAXINE ROVERS; SHIRLEY THOMAS; JOHN        *
COLLIER; DRUCILLA ANCAR; DRUCILLA          *
ANCAR; MURVE SAP; ROBERT COLEMAN           *
JR; SHIRLEY ANTOINE; STELLA SAPP;          *
WILLIAM BROOKS; DAULA ROBINSON;            *
DEBORAH BARTHOLOMEW; MICHAEL               *
BARTHOLOMEW; SEDONIA RAPP; AKAYLA          *
HUBBARD; ALIE HUBBARD; ALVIN               *
WEBSTER; ANITA ANDERSON; ARGUE             *
FOLEY; ARTHUR SYKES; BARBARA               *
HEWITT; BARBARA KELLEY; BRENDA             *
JOSEPH; BRENT RIGGINS; CARMELITA           *
ALLEN; CARMEN JACKSON; CAROLYN             *
BATTIEST; CHARLES VARNADO; CHERYL          *
JACOBS; CLARENCE LEON; CRISTOPHER          *
JOHNS; CURTIS WALKER; CURTIS               *
WALKER; CYNTHIA CLAYBORNE;                 *

CYNTHIA WASHINGTON; DAVID DEJEAN;          *
DEBORAH EVANS; DEMETERA JOHNS;             *
DESIREE JOHNSON; DIANE CONNER;             *
DONALD SYKES; DORIS SYKES; EDWARD          *
HOPKINS; EDWARD KURTZ; ELAINE              *
JOHNSON; ELVERA HUBBARD; EMILE             *
AUGILLARD; ERROL ALLEN; ESTER SMITH;       *
EVA MARRERO; FAYE GRAY; GLORIA             *
DOMINGUEZ; GLORIA DOMINGUEZ;               *
GREGORY MCKINNEY; HONOR RHODES;            *
HOWARD KELLY JR.; IRENE MERRIDITH-         *
SYKES; JANELLE DEJEAN; JEROME              *
JOHNSON; JESSICA BUMPUS; JESSIE BOYD;      *
JESSIE EXKANO; JMIE WALKER-JOHNSON;        *
JO-ANN BATTISTE; JOHN GONZALES JR;         *
JOMAL GREEN; JOSEPH BATISTE SR.;           *
KACELL TEAGUE; KERONNE LEWIS;              *
KERONNE LEWIS; KEVIN REED; KYONNE          *
WALKER; LARNEY JACKSON; LEAUDREY           *
WINSTON; LEEONISE SMITH; LELA              *
HAMPTON; LEQUENCE GREEN; LILLIAN           *
POREE; LILLIAN ROSS; LVINIA REDDICK;       *
MADELINE LEON; MARCOS DOMINGUEZ;           *
MARION LYONS; MARY WELSH; NOREEN           *
BOYD; RAYMOND COLE; RAYOLGA                *
DELAIR-BANKSTON; RAYSHAD                    *
ROBERTSON; RENATE BURGESS; ROSE            *
ANDREWS; ROWENA ROBINSON; RUSSELL          *
ROBINSON; RUSSELL ROBINSON JR.;            *
SHEILA COLE; THOMAS JOHNSON; TIARA         *
GREEN; TONICA REEVES-MARTES;               *
TROVAN WEBSTER; VESHANDUS GREEN;           *
WANDA LEE; ANTONIO WICKS; BERNEL           *
SANDERS; CAROL LEWIS; HAZEL                *
SCHLUETER; JOSEPH ALLEN; ALFRED            *
GARDNER; HELEN WEBSTER; RAUL               *
FERNANDEZ; CARRIE SMITH; BARBARA           *
HAMILTON; EVELYN LOCKETT; DAVID            *
MCNEAL; EMILE MOLINE SR.; PATRICIA         *
GARDNER; LYNETTE CHARLES; GRACE            *
CONWAY; WAYNE STAGGERS; MILTON J.          *

ANTOINE, JR.; DIANE LAVINGNE; JEANNE           *
COLLINS; JULIE RICHARDSON-                      *
BEAUCHAMP; RONALD RICHARSON;                    *
JACQUELINE COOPER; WILLIE WINFIELD;             *
WILLIE BENOIT; JOSEPH GUZMAN;                   *
BERNADETTA WATKINS; BURNELL REINE;              *
DENICE THOMPSON; DOLORUS LEE;                   *
DOROTHY LEE; DYMPHNA AHMED; ELLIS               *
WILSON; HENRIETTA GUZMAN; JOCELYN               *
LABOSTRIE; MELVINA ONEAL; THARNELL              *
ONEAL; JOYCELYN LABOSTRIE; O'NEAL               *
MERRICK SR; JUANITA ANDREWS;                    *
CELESTER CHILDS; JOSHUA CHILDS;                 *
KEVIN CAMERON; RILMA PATT; WALTER               *
CHILDS; ZANZER ARGUSTA; BENNIE                  *
SMITH; BENNIE THURN; DANIELLE SMITH;            *
NU TRAN; SUSIE SMITH; MARY MOORE;               *
KEVIN SISSON; KEVIN SISSON; MARCELLE            *
SISSON; CANDINCE MCMILLIAN;                     *
TINIEVANGELINE PETTY; WYATT PETTY               *
SR.; WILLIE PETTY; ANTHONY BERNARD;             *
GLORIA BERNARD; CYNTHIA DARDAR;                 *
DOLORES BARROIS; LINDA LINDSEY;                 *
ALEXANDER BROWN JR.; BETTY                      *
MARCHAND; ADAM DUPLESSIS; BARBARA               *
DUPLESSIS; RONALD NAVARRE III;                  *
BARBARA KELLEY; HOWARD KELLY JR.;               *
CYNTHIA GIBSON; SAMUEL BRADFORD;                *
VELMA PINKSTON; ANGELENA LEWIS;                 *
BUSINESS-BETTY MARCHAND; CORNELIUS              *
DAVIS; MARY DAVIS; RACQUEL MAGEE;               *
LIZZIE HEAD; JACQUELINE NIX; LOUIS              *
GREEN; CHARLOTTE GILBERT; CHRISTINE             *
HUTSON; DHIRAS HUTSON; EARL TOOMER;             *
IRMA WILLIAMS; JANIQUA HUTSON;                  *
JUST'IANA HUTSON; JUSTIN HUTSON;                *
KEVIN HUTSON; SONITA JACKSON; PEGGY             *
BERRY; SANTEE BERRY; LOUISE JOHNSON;            *
RAYMOND JOHNSON; KATHERINE MOTES;               *
VIVIAN WILLIAMS; JOHN DUCROS; KATIE             *
BLADSACKER; LAURA BLADSACKER;                   *

15

ADARA WILLIAMS; ALBERTHA COWART;          *
ALDEN LOMBARD III; AMY BOYKINS;           *
ANGELLA RAINEY; ANTHONY NUCCIO III;       *
ARTRULY HARRIS; CATHERIN ALLEN-           *
PERKINS; CHAD KELLY; CHARLES ESSEX;       *
CHARLES RAINEY; COURTNEY BIENEMY;         *
DIANE CHEDVILLE; DIANE NICOLAY;           *
DONNA MUTIN; DONNIE HARRIS;               *
DOROTHY BIRDSALL; DOROTHY MULLINS;        *
DWIGHT WILLIAM SR.; EDDRINA OWENS;        *
ELENORA HUNTER; GABRIELLE NUCCIO;         *
GAIL MAURICE; GLADYS GODCHAUX;            *
GREGORY TYLER; HATTIE BALLARD;            *
HOLDEN LOMBARD; JACQUELYN BROWN;          *
JACQUES GLEASON; JAMES GAMBLE JR.;        *
JOSHUA KELLEY; JOSHUA KELLY; JULIAN       *
RICHARD; KEVIN CHEDVILLE; KEVIN ROW;      *
LAURA NUCCIO; LEO BARTHELEMY SR.;         *
LINDA RICHARD; MALLORY NUCCIO;            *
MARILYN KHATON; MARK BATISTE;             *
MERVIN GLASS; MICHAEL BAUDIN, SR.;        *
NICHOLAS CHEDVILLE; PAULA MERRIT;         *
PHYLLIS MATHEWS; REGINA OWENS;            *
ROBERT LUCIN, JR; RONALD MOORE;           *
RONALD WINDON; ROXIE GAMBLE;              *
SAMUEL PERKINS; SUSAN BAUDIN; TANYA       *
GUERINGER; TERRY MOTES; VINCENT           *
BIENEMY JR.; VIRGINIA WILLIAMS;           *
YVETTE GLASS; ERMA GREEN; ZINA PAGE;      *
BENJAMIN GREGORY; ALETHA HART;            *
JEFFERY TREPAGNIEN SR.; JUSTIN            *
FLEETWOOD; LAVERNE MCCORMICK;             *
GWENDOLYN JASMINE; KIARRA JASMINE;        *
ADAM CHARTIER; CAPUCINE WILSON;           *
DOROTHY MULLINS; IRIS ANGELETY-           *
FERRIER; SHIRLEY CHARTIER; ALBERTA        *
WALKER; CHARLES REED; DORTHY              *
BIRDSALL; DORTHY BIRDSALL; ELLA           *
HAYES; GWENDOLYN ADAMS;                   *
GWENDOLYN EVERAGE; JOSEPH OTKINS          *
III; LOUIS ADAMS, JR.; LUCILLE KNECHT;    *

MERVIN GLASS; SHIRLEY ADAMS; WANNY          *
CARTER; YVETTE GLASS; MONICA                *
CRAVINAS; WILDA DAVIS; LAWRENCE             *
VANDERHORST II; RICHARD BOURGEOIS           *
SR.; MELICA DUPAQUIER; RICHARD              *
DUPAQUIER; BRENDA SORINA; VIRGIL            *
SORINA; ANITA GUICHARD; AMELIA              *
FLORES; MACK FLORES; CHANCE ALLEN;          *
KEVIN WILSON; NICOLE WILSON; SANDRA         *
WILSON; LARRY SCHULUETER; MICHAEL           *
DANIELS; VALERIE DANIELS;                   *
CHRISTOPHER WHITE; JOYCE BARNUM;            *
KARNELLA MCMILLAN; QUENTON                  *
MORRIS; DEBORAH TANNER; VIVIAN              *
HOWARD; MABLE DUPLESSIS; DAISY              *
JONES; JAMES JONES; REGINALD                *
FOURNIER; SEDONIA LABEE; CONTRENIA          *
JEFFERSON; ALBERT BERRY JR.; ANTHONY        *
WHITFIELD; BETTY SMITH; BRITTANY            *
FOSTER; CARMAN JACKSON; CHAURICE            *
SMOTHERS; CORLISSA DOBSON; FRANCES          *
BERRY; IRMA MAXWELL; JOSHUA                 *
SMOTHERS; KAHNYA HARRISON; KASIA            *
JOHNSON; LINDA FOXWORTH; LOIS               *
WILLIAMS; LORRAINE HATTON;                  *
MADELINE JOHNSON; SHONA FOSTER;             *
SYLVIA LEWIS; VIRGINIA BRAUD;               *
VIVELLE PERCY; GWENDOLYN JOSEPH;            *
NEDRA SCOTT; ANTOINETTE ANDERSON;           *
MELVIN ANDERSON; JAMES WARD;                *
ALBERT RANKINS; NAKEISHA COOPER;            *
BERNARD NORA; MARTHA FONTENOT,              *
  apparent Plaintiffs listed in spreadsheet   *
  attached to First Amended Petition for       *
  Damages,                                     *
              *
  Plaintiffs,                                  *
              *
VERSUS                                      *
              *
ANPAC LOUISIANA INSURANCE COMPANY,          *

Defendant identified in caption of First          *
Amended Petition for Damages,                     *
                                                  *
                                                  *
AUDOBON INSURANCE COMPANY;                        *
BANKERS LIFE OF LOUISIANA; FIREMAN'S              *
FUND INSURANCE COMPANY OF                         *
LOUISIANA;IMPERIAL FIRE AND                       *
CASUALTY INSURANCE COMPANY;                       *
LAFAYETTE INSURANCE COMPANY;                      *
LOUISIANA CITIZENS FAIR PLAN;                     *
LOUISIANA FARM BUREAU CASUALTY                    *
INSURANCE COMPANY; METROPOLITAN                   *
INSURANCE COMPANY; NATIONAL UNION                 *
FIRE INSURANCE COMPANY OF                         *
LOUISIANA; PROGRESSIVE SECURITY                   *
INSURANCE COMPANY; SAFEWAY                        *
INSURANCE COMPANY OF LOUISIANA;                   *
SECURITY NATIONAL LIFE INSURANCE                  *
COMPANY OF LOUISIANA; SECURITY                    *
PLAN FIRE INSURANCE COMPANY OF                    *
LOUISIANA; SECURITY PLAN LIFE                     *
INSURANCE COMPANY; UNITED FIRE                    *
GROUP; US AGENCIES CASUALTY                       *
INSURANCE COMPANY, INC.; UNION                    *
NATIONAL LIFE INSURANCE COMPANY;                  *
UNION NATIONAL FIRE INSURANCE                     *
COMPANY; 2CS AGENCIES; 3RD MILLENIUM;        *
AARP; AMPAC; A&B; AMC MORTGAGE                    *
SERVICES; ASC, ABN, ABN, ARMO AND                 *
ABN ARMO MORTGAGE; AMERICAN ANT                   *
P&C COMPANY; AMERICAN BROTHERS;                   *
AMERICAN SVC; AMERICLAIM; ANPOR;                  *
ANPU; APNAC; BALANCED INSURANCE                   *
PLANNING; BENEFICIAL INSURANCE;                   *
BEST INSURERS, INC.; CASUALTY                     *
INSURANCE COMPANY; INC.; CAT MAN                  *
DO, INC.; CHASE BANK INSURANCE;                   *
CITYWIDE INSURANCE AGENCY;                        *
CLAIM CONSULTANTS; CLAIMS                         *
CONSULTANTS; CLAIMS CONSULTANTS,                  *

LLC; COASTAL PLAN; COMMON                     *
WEATHLAND; COSSE; CRAWFORD AND                *
COMPANY, CUNNINGHAM LINDSEY; DAN              *
BERGHARDT; DEAN AND HOMER                     *
GREENWICH; DIRECT; DIRECT SOURCE;             *
DON & SON; DRIVER INSURANCE; EAGAN;           *
EAGAN INSURANCE AGENCY; FEDERAL               *
EMERGENCY OFFICE; FEDERAL                     *
MANAGEMENT INSURANCE; FINANCIAL               *
INSURANCE CONSULTANTS; FIRST                  *
COMMUNITY; FIRST METRO                        *
INSURANCE; FIRST PREMIER; FLOOD               *
INSURANCE PROCESSING CENTER;                  *
FLOOD INSURANCE; FORD DIRECT;                 *
FOUCHA INSURANCE FINANCIAL;                   *
FULTON JOHNSON; FULTON JOHNSON                *
NEWMAN; FURNITURE STORAGE;                    *
H & R BLOCK; HAMMERMAN                        *
GARNER; HARRY KELLEHER; HERBERT               *
& WILTZ; HIBERNIA; HOME FIREARMS              *
FUND; HOME FIRST; HOME FIRST                  *
AGENCIES; INDEPENDENT INSURANCE               *
ASSOCIATION, HOME FIRST AGENCIES;             *
INTERNATIONAL AND INTERNATIONAL               *
INSURANCE COMPANY; ISA; LPIC; LA              *
INDEPENDENT INSURANCE; LA JOINT               *
INSURANCE PLAN; LA NATIONAL; LA               *
NATIONAL FLOOD; LA UNDERWRITERS;              *
LA JOINT; LAPD; LC STERLING; WELLS            *
FARGO; LA; LA PROPERTY INSURANCE;             *
MACNEILL; MARTIN; MNC FIRST INC.;             *
MR. BOB; MUTUAL LIBERTY; N.C.                 *
STERLING; AFIP; OCWEN, PASCO CLAIM;           *
PASCO CLAIM SERVICE; PROCTOR                  *
FINANCIAL; RENTER UNION NATIONAL;             *
ROMAGUERA INSURANCE; ROMAQUERA                *
INSURANCE INCORPORATION; SAXON                *
MORTGAGE SERVICES; SEDWICH                    *
INSURANCE BROKER; STANDARD                    *
MORTGAGE; STIEL INSURANCE; SWBC;              *
THE REPUBLIC GROUP; UFG LAFAYETTE;            *

US AUTOMOBILE ASSURANCE; US                    *
AUTOMOBILE INSURANCE; US BANK                   *
HOME MORTGAGE; US DEPARTMENT;                   *
VALCO USA; VC STERLING; WILLIAMS;              *
WILLIAMS INSURANCE; WNC; YORK                   *
CLAIMS SERVICE; YORK CLAIMS                     *
SERVICE, INC.; AIG INSURANCE; ALEA             *
LONDON LIMITED; ALLIANCE                        *
INSURANCE COMPANY; AMERICAN                     *
WESTERN; HIBERNIA; INDEPENDENT                  *
INC.; INSURANCE UNDERWRITERS,                   *
LTD; LA JOINT REINSURANCE; OSWEN;              *
PRECISE INC.; UNITRIN KEMPER,                   *
     Defendants listed in "Exhibit A" to First        *
     Amended Petition for Damages,              *
                                                *

AAA AUTO CLUB FAMILY INSURANCE;                *
AAA AUTO CLUB FAMILY INSURANCE                  *
COMPANY; AEGIS SECURITY INSURANCE              *
COMPANY; ALLSTATE INSURANCE                     *
COMPANY; AMERICAN BANKERS                       *
INSURANCE; AMERICAN MODERN HOME                 *
INSURANCE COMPANY; AMERICAN                     *
SECURITY INSURANCE; AMERICAN                    *
SOUTHERN HOME INSURANCE CO.; ARMED             *
FORCES INSURANCE EXCHANGE;                      *
ELECTRIC INSURANCE COMPANY                      *
ENCOMPASS INSURANCE; ESSEX                      *
INSURANCE COMPANY; FARMERS                      *
INSURANCE COMPANY; FIDELITY AND                 *
DEPOSIT COMPANY OF MARYLAND;                    *
FIDELITY NATIONAL INSURANCE                     *
COMPANY; FIDELITY NATIONAL                      *
PROPERTY & CASUALTY; GENERAL                    *
INSURANCE COMPANY OF AMERICA;                   *
GMAC INSURANCE; GREAT AMERICAN                  *
INSURANCE COMPANY; HANOVER                      *
INSURANCE COMPANY; HARTFORD                     *
INSURANCE COMPANY; LA CITIZEN FAIR             *
PLAN; LACITIZEN FAIR PLAN; LEXINGTON           *
INSURANCE COMPANY; LIBERTY MUTUAL              *

INSURANCE COMPANY; LOUISIANA FARM          *
BUREAU; MARKEL INTERNATIONAL               *
INSURANCE COMPANY LTD; NATIONAL            *
SECURITY FIRE & CASUALTY COMPANY;          *
REPUBLIC FIRE & CASUALTY;                  *
SCOTTSDALE INSURANCE COMPANY;              *
SECURITY PLAN FIRE INSURANCE               *
COMPANY; STATE FARM FIRE AND               *
CASUALTY COMPANY; STATE FARM FIRE          *
& CASUALTY COMPANY; STATE FARM             *
INSURANCE; STATE FARM INSURANCE            *
COMPANY; TRAVELERS INSURANCE               *
COMPANY; UNDERWRITERS AT LLOYDS            *
LONDON; UNDERWRITERS AT LLOYDS OF          *
LONDON; UNION NATIONAL FIRE; UNION         *
NATIONAL LIFE; UNITRIN PREFERRED           *
INSURANCE COMPANY; USAA CASUALTY           *
INSURANCE COMPANY; Z.C. STERLING;          *
AIG AGENCY AUTO; AIG CLAIM SERVICES        *
PROPERTY AND CASUALTY DIVISION; AIG        *
NATIONAL INSURANCE COMPANY;                *
ALLSTATE; ALLSTATE INDEMNITY               *
COMPANY; ALLSTATE INSURANCE;               *
ALLSTATE PROPERTY AND CASUALTY             *
INSURANCE COMPANY; ALLSTATE/LA             *
CITIZENS FAIR PLAN; AMERICAN               *
BANKERS INSURANCE COMPANY;                 *
AMERICAN FAMILY HOME INSURANCE             *
COMPANY; AMERICAN GENERAL                  *
PROPERTY INSURANCE COMPANY;                *
AMERICAN NATIONAL P & C COMPANY;           *
AMERICAN NATIONAL P AND C COMPANY;         *
AMERICAN NATIONAL P&C COMPANY;             *
AMERICAN NATIONAL PROPERTY AND             *
CASUALTY; AMERICAN RELIABLE                *
INSURANCE CO.; AMERICAN SECURITY           *
INSURANCE COMPANY; AMERICAN                *
SOUTHERN HOME INSURANCE COMPANY;           *
ANPAC LOUISIANA INSURANCE                  *
COMPANY; AUDOBON INSURANCE GROUP;          *
BALBOA LIFE & CASUALTY; BALBOA LIFE        *

AND CASUALTY; CITIZENS FAIR PLAN;          *
COMMONWEALTH LAND TITLE                     *
INSURANCE COMPANY; DIRECT GENERAL           *
INSURANCE COMPANY OF LOUISIANA;             *
ENCOMPASS INSURANCE; FARMERS                *
INSURANCE EXCHANGE; FIDELITY                *
NATIONAL PROPERTY & CASUALTY                *
INSURANCE; FIDELITY NATIONAL                *
PROPERTY AND CASUALTY; FIRST                *
PREMIUM GROUP, INC.; HANOVER                *
INSURANCE; HARTFORD INSURANCE               *
COMPANY OF THE MIDWEST; HOMESITE            *
INSURANCE; HORACE MANN INSURANCE            *
COMPANY; IMPERIAL FIRE & CASUALTY           *
INSURANCE IMPERIAL FIRE AND                 *
CASUALTY; LA CITIZANS FAIR PLAN; LA         *
CITIZENS COASTAL PLAN; LA CITIZENS          *
FAIR PLAN; LA CITIZENS FAIR                 *
PLAN/AUDOBON INSURANCE; LA CITIZENS         *
PROPERTY INSURANCE CORPORATION; LA          *
JOINT REINSURANCE PLAN; LIBERTY             *
MUTUAL FIRE INSURANCE COMPANY;              *
LOUISIANA CITIZENS; LOUISIANA               *
CITIZENS PROPERTY INSURANCE;                *
LOUISIANA CITIZENS PROPERTY                 *
INSURANCE CORPORATION; LOUISIANA            *
INSURANCE UNDERWRITING PLAN;                *
MERITPLAN INSURANCE COMPANY;                *
METLIFE AUTO & HOME; METLIFE AUTO &         *
HOME (MET P&C); METROPOLITAN                *
PROPERTY AND CASUALTY INSURANCE             *
COMPANY; NIC INSURANCE COMPANY;             *
REPUBLIC FIRE AND CASUALTY                  *
COMPANY; SAFECO INSURANCE; SAFECO           *
INSURANCE COMPANIES; SAFECO                 *
INSURANCE COMPANY OF AMERICA;               *
SEABURY & SMITH, INC.; SECURITY             *
INDUSTRIAL FIRE INSURANCE COMPANY;          *
SOUTHWEST BUSINESS CORPORATION;             *
STATE FARM FIRE & CASUALTY; STATE           *
FARM FIRE AND CASUALTY; STATE FARM          *

FIRE AND CASUALTY INSURANCE; SUN          *
FINANCE COMPANY; TEACHERS                 *
INSURANCE COMPANY; THE HANOVER            *
INSURANCE COMPANY; THE HARTFORD;          *
THE HARTFORD INSURANCE COMPANY;           *
TRAVELERS; TRAVELERS INSURANCE;           *
TRAVELERS INSURANCE COMPANIES;            *
TWIN CITY FIRE INSURANCE COMPANY;         *
UNION NATIONAL FIRE INSURANCE;            *
UNION NATIONAL FIRE INSURANCE             *
COMPANY; UNION NATIONAL INSURANCE         *
COMPANY; ZC STERLING INSURANCE            *
AGENCY.                                   *
                                          *
    apparent additional Defendants listed in   *
    spreadsheet attached to First Amended       *
    Petition for Damages,                        *
                                          *
Defendants.                               *

## CERTIFICATE

    I hereby certify that on the 26th day of December, 2007, pursuant to 28 U.S.C. Section 1446 (a) a copy of the entire State Court record to date, including any and all process, pleadings and orders served are attached and hereby constitutes the entire record in the action entitled "*Lynn K. Bailey, et al  versus Anpac Louisiana Insurance Company, et al*", bearing Suit No. 558-574 on the docket of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

_____
**CHARLES L. CHASSAIGNAC, IV (#20746)**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LYNN K. BAILEY,                                  *
     Plaintiff identified in caption of First
     Amended Petition for Damages,

FAYE LARCHE; GILBERT                             *        CIVIL ACTION
LARCHE; ROLAND BROUSSARD; ELDORA
CASTELL; LIONEL CASTELL, SR.; CLIFTON                     JUDGE
SMITH; CLIFTON SMITH; CHARLES
ANDERSON; JENCY ANDERSON; AUGUST                          SECTION " "
FAVAROTH; HELEN CARTER; EMILY
JONES; TAMYRA BACCHUS-WALLACE;                            MAGISTRATE
BARBARA BAPTISTE;
OLIVIA BARTHOLOMEW; NEKITA BOURNE;
ERNEST BROWN; BEATRICE CAMBRIDGE;
BRENDA CHAPMAN; DOROTHY P. CLOUD;
MARY R. COSSE; KRISTY DELVALLE;
SHOUN EVANS; CORA JEAN FERRAND;
ROSA FUSELIER; CHAUNCEY GREEN;
D'WANNA GREEN-HAYES; WILMA T.
HURLEY; STEVE JOHNSON; MARENTHIA M.
LAGARDE; JOHN LOPEZ, JR.; JOANN
PATTERSON; BETTY RICHARDSON;
O'SHEIA ROBINSON; COREY ROBINSON;
LATANYA ROBERTS; TERRENCE ROBERTS;
RHONDA ROW; LYNETTE SMITH; DENEEN
M. STEWART; ALVIN TURNER; THE ESTATE
OF EUGENE J. WALLACE; VERDELL
WHARTON; ESTELLA WILEY; JEANELL
WILLIAMS; JOANN WILFRED; CHARLES
WILLIAMS,
     Plaintiffs listed in "Exhibit B" to First
     Amended Petition for Damages,

EDWINA BLACKSTONE; HARRY                         *
FRANATOVICH; CONSTANCE DAVIS;                    *
RICHARD HOWARD; MICHAEL                          *

1

CALLAGHAN; BRYAN BAGNETTO; JOANNE      \*
URSIN; TONY COLLINS; DONNA PEARSON;    \*
HARRIET BATTISTE; JULIENNE GRENIER;    \*
BRANDY STOKES; DEDRECK STEWART;     \*
THELMA TOPEY; LIONEL CARMOUCHE;     \*
CYNTHIA BURTHLONG; PROPHET FOX;     \*
JEFFREY NED; IDA EUGENE; SPENCER      \*
WASHINGTON; WILLIE MAE WILSON;      \*
HORACE BYNUM SR.; NAOMI WILLIAMS;    \*
MARY SHERMAN; BENNIE FRANCIS SR.;    \*
HOLSA BROWN; PATRICIA GRANT; WANDA  \*
POLK; LINDA JOHNSON; ERNEST JOHNSON;  \*
RONALD STIMAGE; VERNON LEWIS;      \*
NOELLA THONN; CLARISSA SHERMAN;    \*
NEVELLE BELL; RAYMOND LIETEAU;     \*
WALI ABDEL-RAOOF; JOHN TUCKER;     \*
THERESA FECKE; EMILY PRICE; JOSEPHINE  \*
BECHET; KIMBERLY ROBINETTE; RITA    \*
BENNETT; ADLINE TENNYSON; JANET     \*
TROULLIER; HILDA TENNYSON; ANTHONY  \*
PICOT JR.; LENNY ALVAREZ; MARIE     \*
ALBERT; RICHARD VOSS; WINIFRED     \*
BRADFORD; NONA HONORE; EVA EVANS;   \*
SOPHIA BEECHAM; BERNICE JOINER;    \*
DIANE OLIVE; LEONARD MOORE; MARY   \*
WALKER; NORMAN PALAZZO; GLORIA    \*
BENANDI; LONNIE SWAIN; SONJA      \*
ALRIDGE; LOUISE GIVENS; MARY STARKS;  \*
MARY CROOKS; LEONA GRANDISON;    \*
LORRAINE THORNTON; LYNETTE      \*
JORDANA; LAN NGUYEN; JOANN GILES;   \*
SANDRA EDGERSON; MELANIE       \*
STALNAKER; ALISKA MOFFETT; DALE    \*
WHITFIELD; CATHERINE CRUZ; SHEILA   \*
VINCENT; FRANK MCDANIEL; LANA     \*
GAMBLE; DEIDRE GANT-HUTCHINSON;   \*
VINCENT FORTE; JEAN TERRIE; JANICE   \*
GORDON; TRUEVEEN CARNEY; LYDIA    \*
WASHINGTON; STEPHANIE MARIGNY;    \*
WILLIE CLAY; MARILYN BOURGEOIS;    \*
BARBARA DUPLESSIS; JOYCE TWINE;    \*

CHARLES USNER; GLENDER LONG; GREG          *
MORALES JR.; CHERYL HERNANDEZ;             *
SANDRA PETERS; ETHELLEE HOOKER;            *
ALVIN CLAVO SR.; MARTHA LOFTON;            *
JEANNE ROUSE; DONALD HARRIS SR.;           *
MARY ANNE LOCANTRO; SANDRA                 *
WILLIAMS; COREY DAVIS; MANUEL              *
GAGLIANO; R.E. PAYNE; STEPHEN CLARK;       *
GAYNELL DESPINASSE; ROSE EAGLETON;         *
MELANIE LECOMPTE; JOYCELYN                 *
BRUNSON; DAVID ERNST; PRISCILLA            *
MONROE; OVADER LORIO; ANNIE                *
MONTANA; JOHN GUZZARDO; AUDRY              *
STEWARD; HAZEL RALPH; SUE CHAN-            *
JOHNSON; PEARL RICE; PEARL RICE;           *
CHARLES SMITH; LAVONSELL ROGERS;           *
MARY SHARP; PENNIE RILEY-FALKINS;          *
PAUL ROBERTSON SR.; MANUEL PINTO JR.;      *
BEULAH FORSTALL; ANDRE MCCARTHY;           *
ELOISE BLUNT; WILLIE MAE                   *
DANGERFIELD; TRACI BERRY-OWENS;            *
LEENETTE FRANCIS-JUPITER; KAREN            *
BIAGAS; CHARLES MAXWELL; LUCY              *
RAMSON; STEVEN LEAKE; WALTER BIAS;         *
EFREM WILSON; ELLEN COOPER; LILLY          *
STEIN; CHRISTOPHER LOVE; RONALD            *
BARTON; JEANNE MARTIN; CORY VIDAL;         *
IRI SKINNER; JAMES RHODES; IRENE           *
LEAUMONT; DELORIS PLAIN; MABEL             *
BARLEY; CATHY LUTER; COLUMBUS              *
WILLIAMS; LEEANNA THOMAS; ROSE             *
UHLICH; MICHAEL BROUSSARD SR.; JEAN        *
HALL; JON CRENSHAW; PATRICIA               *
DERUISE; FAYE JERNIGAN; JOYCE SCOTT-       *
CLIPPS; ANTOINETTE WHARTON;                *
CAROLYN JAMES; PAUL LANAUX;                *
TIERNEY DECUIR; YVETTE ALBERT;             *
SHEILA WALKER; CYNTHIA VAUGHN;             *
MERLIN MCCORMICK; CHERYLE COLLINS;         *
CLYNTIE MARTIN; DEIADRE ROBINSON;          *
HAROLD MORRIS; LEON BURTON;                *

3

MELINDA CUBBAGE; SCOTT FARRELL;           *
BELINDA UNBEHAGEN; LIVINGSTONE            *
LEWIS; ROBIN HILLS; JESSIE NORRIS;        *
PATRICE WILLIAMS; TERRY                   *
QUEBEDEAUX; GREGORY CARTER; ROSE          *
MORRIS; WANDA STAMPS; NANCY               *
DATTALO; ANTONIO GIBSON; RAPHAEL          *
GIMENEZ; CRAIG JOHNSON; GENEVA            *
OGLESBY; TERRIUS HILLIARD;                *
JACQUELINE THOMAS; ODEAL SULLIVAN;        *
RONALD LAMOTHE; PATRICIA DEVENS;          *
PATRICK PARENTON; GWENDOLYN               *
PERKINS; JOSEPHINE PHILLIPS; REBECCA      *
SCOTT-SHALLOWHORNE; JENARD BLAINE;        *
EZZARD WILSON; EARL LONG; CORINNE         *
ELLOIE; VICTOR DURAPAU JR.; DENNIS        *
SCHEUERMANN; JUNG IAN TUSA; DORIS         *
WARREN; HAROLD BLAPPERT; JOHN             *
GOLDEN; MILDRED WHITE; CATHERINE          *
JOHNSON; DALE DELPIT; LORENTZ             *
FRACHTLING; CHARLES DRAGO; EASTER         *
MYERS; MATHILDA LALLY; DOROTHY            *
CARTER; ANNA CLAY; KAREN CAMERON;         *
VERNON ERNST; ELLA FONTENOT; ERIK         *
ANDERSON; ETHELLEE HOOKER; SHELIA         *
SAWYER; WANDA VARNADO; PERCY              *
PAYNE; DAVID GOODMAN SR.; TERRY           *
LEBAN; CHRISTINA SORRELS-GUILLOT;         *
HARRIS IRVIN JR.; OSAGIE ODEH;            *
HERBERT JOHNSON; LEATRICE CANFIELD;       *
ISHANTI FREEMAN; LYNN WILLIAMS-           *
MORGAN; BERNICE GRANT; KAREN              *
WEBSTER; MICHELLE BANKS; PATRICIA         *
PATTERSON; MARVA LEWIS; TRACYE            *
MASSEY; SHIRLEY HUGHES; GRACE             *
WILLIAMS; PATRICIA JACKSON; WALLACE       *
FRANCOIS; DEBBIE BOYLE; JOHNNIE           *
DRIVER; WAYNE MELERINE; JOYCE             *
JACKSON; KAGERINE DOLISON; TRUMAN         *
GUICHARD; JOSEPH BLAZIO; WILLIAM          *
DOYLE; ANTHONY DARANDA; WOODROW           *

4

CORMIER SR.; HAROLD JOSEPH; DEBRA          *
THORNTON; MICHAEL WASHINGTON;              *
ROBERTA JACKSON; SHELIA WEBB; JULIA        *
THOMAS; ALEC CAUSEY; GLEN CYRES;           *
MARY CRANEY; FIDEL BLANCO; GWEN            *
MANCUSO; SELMA JONES; BETTY                *
ALEXANDER; CLAIRESSA SMITH; JANICE         *
VALLERY; CONNIE WASHINGTON;                *
CYNTHIA SPENCER; ANDREW JACKSON;           *
CAROLYN MOSES; MOIRA GUICE; ERIC           *
BROWN; VERDELL MOORE; STANLEY              *
LENOX; TRACY NORWOOD; AUGUSTINE            *
MCCORMICK; JIMMIE MAE TAYLOR;              *
ROBIN THOMAS; TRACIE TOWNS;                *
SYLVESTER O'NEAL; LYDIA WASHINGTON;        *
DEBORAH IGIDI; BELINDA FLY; BELINDA        *
FLY; CECILE FERRAND; CONSTANCE             *
CLARK; ROSE DUVERNAY; CATHARINA            *
GRABER; CHARLES SHUFF; HARVEY              *
WATSON SR.; ROWENA ROBINSON; DEBBIE        *
MOORE; LYNN POPE; YUVANCHA                 *
WINESBERRY; GERALDINE TORRES;              *
SHELIA DILLON; RUTHIE MCCARVY;             *
DAVID WILLIAMS; JANICE PORTER; UCHA        *
UMAH; CAROL CELESTIN; TERRY                *
JOHNSON; DONALD KEELEN; PATRICIA           *
SAVOY; LYNN PICQUET; CARLOS                *
BARGANIER; CHARLES DRAGO; DANIELLE         *
BARTLEY; KEITH LANGLOIS; MARCUS            *
MORRIS; DAVID SINGLETARY; JESSICA          *
GIBSON; PAULA BRADFORD-TAYLOR;             *
GAIL MILLER; BIRDELL DENNIS;               *
JUANETTA MCCARVY; SHELDON CLARK            *
SR.; CELESTE JACKSON; KENNETH GIBSON;      *
KERMIT BRAZLEY; KERMIT BRAZLEY;            *
KERMIT BRAZLEY; KERMIT BRAZLEY;            *
KERMIT BRAZLEY; KERMIT BRAZLEY;            *
KENNETH HAINES; SHAWANDA WRIGHT;           *
GAY FORD; RUTH ENNA; VIRGINIA              *
PLEASANT; APRIL ALRIDGE; HATTIE            *
HALEY; LINDA WILSON; RHONDA                *

5

JOHNSON; KARL MOLDEN; ETHEL CLARK;           *
SANDY TOPEY; JOYCE DAVIS; ROSA               *
FORGES; GERTIE WASHINGTON; BRENDA            *
BARABINO; RICHARD ENCALADE; JACKIE           *
STEPP; LISA MIMS; AARON LABAT;               *
LUCILLE HARDEN; ESTER SMITH; TRINA           *
JOHNSON; ANITA COBBINS; LAUREL               *
BABBITT; GERALD CAMERON; GLENDA              *
WATTERS; JOYCE TOUSSAINT; LINDA              *
THOMAS; ANNETTE FRANKLIN; JUDY               *
JENKINS; MARY LOUISE ADAMS; LISA             *
COX; LISA COX; BRUCE YOUNGBLOOD;             *
KATHLEEN GARDERE; JOAN CARDRICHE;            *
REBECCA HOLMES; NATALEE                      *
WASHINGTON; JOSEPH PAILLOT; MYRTLE           *
SMITH; JOSEPH SPURLOCK; EVELYN               *
DEBARDELEBEN; EVELYN                         *
DEBARDELEBEN; EVELYN                         *
DEBARDELEBEN; EVELYN                         *
DEBARDELEBEN; EVELYN                         *
DEBARDELEBEN; EVELYN                         *
DEBARDELEBEN; EVELYN                         *
DEBARDELEBEN; EVELYN                         *
DEBARDELEBEN; EVELYN                         *
DEBARDELEBEN; EVELYN                         *
DEBARDELEBEN; LEVI CARTER; BARBARA           *
ROSS; DELEASE WILLIAMS; ANGELIA              *
REYNOLDS; STEPHANIE SANDER; KAREN            *
BROWN; MELVIN HENRY; FRANK MAYES;            *
WILSON BOWIE; DARRELL YOUNG;                 *
SAMMIE SCHENKER-FRIEDMAN; SHERYL             *
ANN GIBSON; RICHARD GATTIS; MARION           *
BROWN; VERNA BROWN-ARCHIE;                   *
EARLEEN JONES; VERNON BESSE SR.;             *
CLYDE SICARD; LYNDA DYER; NAT                *
LOCASCIO; CALANDTHIA RANDALL;                *
QURANCE WILLIAMS; MAURA                      *
RICHARDSON; JOHNNY TIBBS JR.; DONNA          *
JACKSON; VIRDEL GILLARD; WAYNE               *
SCHAUB; GAIL LOMBARD; MARY                   *
DUCKSWORTH; AUDREY WHITTINGTON;              *

6

DOROTHY THURMAN; ALLEN HENRY SR.;        *
THELMA SINGLETON; LISA METOYER;          *
LIONEL CORNU; DEBRA ALBRIGHT;            *
CYNTHIA JONES-DOUGLAS; TAMRA             *
ROBINSON; EDWARD GASPER JR.; LESTER      *
MOREAUX; CLIFTON JUSTIN SR.; SHANNON     *
WATTERS; LILLIE BANKS; CARLENE           *
WILLIAMS; GARRY LUTER; GARRY LUTER;      *
LISA COX; AMY CORCA; DOROTHY             *
POWELL; DIANNA ABRAHMS; SHIRLEY          *
LACROIX; KIRK LANDRY; JORICEEN           *
CARTER; RONALD BIERRIA; MARY             *
MURRAY; BEVERLY DORSEY; ETHEL            *
WILLIAMS; CAROLINE BROWN;                *
MARGARET SCHOENNAGEL; TANGELA            *
STEWART; GILBERT CAMBRE; EDITH           *
MURDOCH; JOHN GOLDEN; JOHN GOLDEN;       *
CECILLE WILLIAMS; VICTOR BRUNO;          *
NORMAN BOURQUE; KELLY JESSIE;            *
CHARLES DRAGO; DAVID BRELAND JR.;        *
RON LEMOINE SR.; WILEY ATES;             *
KATHERINE JAHNCKE; ROGER                 *
MCCONNELL; GERTRUDE HEBERT; DEBRA        *
MARTINEZ; PATSY DAVIS; ALEXANDER         *
BYRD JR.; MARIA GUERRERO; LINDA          *
STALLS; ENRIQUE CERDA; ERIC HARDY;       *
PAMELA COLLINS; JOANNE SERIO; JESSIE     *
LEE; GAYLE HURSEY; ELAINE MURPHREE;      *
LEVY ARMSTRONG; PAULA DAVIS;             *
BARBARA FLEMING; BURDELL ROBINSON;       *
MICHAEL MARTIN; FRANK HARPSTER;          *
EMANUEL PAUL; SULLIVAN SMITH SR.;        *
PATRICIA BROWN-THOMAS; GLENN             *
PLAISANCE; REGINA GUIDRY; DIANA          *
SCHWINDT; NETTIE HOGAN; ROBERT           *
SHAHINE JR.; LEON FULTON; MARK           *
BOUDREAUX; LESLIE MARTINEZ;              *
EPHRAIM NJIKE; BRENDA AKERS; ALFED       *
FELTON; WILLIE JOHNSON; VICKIE           *
THOMAS; LYNN WILLIAMS-MORGAN;            *
ETHELYN WEBB; DOROTHY LAFRANCE;          *

7

ROBIN JAMES; CHANTELL PIERRE;          *
STEPHANIE JONES; LIONEL PARKER JR.;    *
SONJA BRUNIOUS; ARDELL WALTERS;        *
ELIZABETH PIER; KERRY LLOPIS;          *
HERMENESE DUNN; PATRICIA WOODS;        *
DAVID GIARDINA; DIANNE CAMPBELL-       *
SANDERS; EMMETT MESSICK; CARLO         *
JAMES; WALTER AMEDEE; SHIRLEY          *
TAYLOR; VIRGINIA HILL; PATRICIA        *
CARNEY; GLORIA JAMES; DENISE MORRIS;   *
ULAH LEE; KEVIN CORMIER; JANICE        *
SMITH; ALMARIE FORD; KAREN ACOSTA;     *
FELTUS LEE; ROSALIN TRENCH; EVELYN     *
RIVERA; JEROME LACIURA; SHELLY         *
DAUTERIVE; GRETA THOMPSON; DIANA       *
HAUCK; WANDA SANTA MARINA;             *
SALVADOR TORTORICH; ANGELA             *
MORRELL; CAROL HOCKE; DUKE             *
FRANCISCO SR.; MICHAEL ARMSTRONG;      *
JAMES HONORE; DEBRA ADAMS; EARLINE     *
LANGFORD; EMILY SIGUR; AARON ASH;      *
HEATHER LECHNER; LYNETTE MCKENZIE;     *
ELAINE JACKSON; GEORGE GREEN;          *
DEBORAH IGIDI; JAMES THORNTON; LOUIS   *
JOHNSON JR.; CARROLL MURRAY TURNER;    *
ANTHONY ROMANO; BESSIE JONES;          *
SHIRLEY MARTIN; STEPHEN SNYDER; LOIS   *
ST. CYR; RONALD CORDIER; URSULA        *
WATTS; EDNA CALLAHAN; DANIEL           *
LUTHER; LEONARD JONES III; PATRICIA    *
ROBINSON; NATHANIEL HARTFORD JR.;      *
KIMBERLY LABRUZZA; MARY WEST; JOHN     *
CURTIS; JOELLEN MAYEAUX; PETRINA       *
JOHNS; ANNA FASIC; KAREN CLAVERIE;     *
EUGENE LEFEVRE; DAVID MCNEIL;          *
ESTRELLITA WALLACE; AUDREY             *
JOHNSON; RONALD HEBERT; HENRY          *
MOLDEN; ROBERT PAMPAS; CLARENCE        *
CARTER; GERALDINE BLANCHARD;           *
RANDIE POROBIL; RANDIE POROBIL; SAM    *
SLAVICH; FREDDIE SAWYER JR.; ERIC      *

CAMPO; PARRY CARDON; PATRICK          *
CAMPO; DAVID WALTER; BARBARA          *
CARROLL; JOHN EBLEN; RANSDELL         *
HEBERT; JESSE LEBLANC; THERESA PIER;  *
JAMES SCHULZ JR.; VINCENT CANZONERI;  *
SHERRY WILKERSON; EDWIN               *
BUSTAMANTE SR.; TROY CHESTNUT;        *
RUDOLPH DEBOSE SR.; LEROY WALKER;     *
WILDERETTE SMITH-PRESS; ROSE PONS;    *
KARL BURKE; GEORGE THOMAS; TROI       *
VIGNE; GREGORY MARSHALL SR.;          *
MICHAEL ROBERTS; EMANUEL LEVI JR.;    *
RUBY WASHINGTON; ANDRE SPEARS;        *
KAREN ROTH-ARRIGO; ALLEN AUGLAIR;     *
BETTY DALTON; GWENDOLYN JASMINE;      *
CHERITA ADAMS; JOHN SMITH; JASPER     *
ROLAND; LISA MORRIS; BARRY BUISSON;   *
DONALD BOTSAY JR.; MARLENE KLEIN;     *
JANICE LAZARD; CHRISTINA COBBINS;     *
BERNADINE WILLIAMS; WILLIE WILLIAMS;  *
VANESSA SMITH; CHRISTIAN OLEA; MARK   *
BATISTE; ALICIA DAVIS; ALICE RUSSELL; *
LORRAINE ANGELO; ARCHIE GREFER;       *
ROSALYN SMITH; RAMAKANT KEDIA;        *
MARI MARCUS; RAYMOND HOLMES SR.;      *
JEAN BERTHELOT; CAMILLA DUMAS;        *
EDWARD GASPER; RAYMOND STOKES;        *
NICOLE CLARK; JULIA LOPIPARO; JANICE  *
MULDER; MARYANN LOPIPARO; KAREN       *
RICKS; ROSEMARY HICKMAN-BIERRIA;      *
R.T. NIXON; BILLIE HUNT; CRAIG        *
JOHNSON; DAVID JENNINGS; AUSTIN       *
SICARD SR.; LOUIS BERTAUT; LILLIAN    *
LEWIS; VIVIAN SMITH; BARBARA          *
TOLEDANO; EDWARD POPE; SHELIA         *
JENKINS; ASTRA TENNYSON; BRENDA       *
SIMPSON; MARIE GRIFFIN; DIANNA        *
ABRAHMS; WAYNE MARTIN; DEBORAH        *
CALDWELL; EDWIN ROUX; KAREN           *
CHIAPPETTA; EDWARD THURMOND;          *
DEBORAH BLUNT; NIKITA SIMMONS; LIZ    *

TOLES; VERNELL SMITH; VERNON          *
THOMAS; RONALD SMITH; JAMES           *
SINGLETON; SHEPPHARD ROUBION SR.;     *
CHARLES WIRTH; LEO PRAETORIUS; ROSIE  *
CALVIN; ROSIE CALVIN; RICHARD         *
GUIDRY; HAROLD GONZALES SR.; COREY    *
DAVIS; CARDELLA REED-SMITH; MARY      *
SQUARE; ROSE FRAZIER; REGINA CRAFT;   *
URSULA MARTIN; RODNEY ANGLADA;        *
ALBERT LEININGER; JASON NEGROTTO;     *
JOSEPH MEYERS; VERONICA UMRANI;       *
HERITAGE ACADEMY LT; SANDRA           *
KENARD; LAKECHIA RISIN; VONTERENCE    *
ADAMS; LORETTA RILEY; JACQUELINE      *
ELLIS; JOSEPH BATTLEY; DAWN           *
FREEMAN; ELDORA LEWIS; ETHEL          *
VERNON; VIRGINIA PRYOR; JANICE        *
DUKES; CARRIE BANKS; KEVIN FRANCOIS;  *
CONNIE TENHAAF; CHERYL HALLAL;        *
BETTY WATSON; WILLIAM KRENKEL SR.;    *
ERICA BALLIER; LINDA BLAZIO; EDNA     *
BARNES; KATHLEEN FISCHER; JUANITA     *
CAITON; JOHN BROWNE; LESLIE           *
OLIVERIA; BRIAN FRANKLIN; JANICE      *
WILLIAMS; JAMES ALVAREZ; JERRY        *
JOHNSON; AKIRA JEROME; MICHAEL        *
WILLIAMS; HARRY DEKAY; DAMEIN         *
MENENDEZ; ANTHONY WISE; CAROL         *
SALASSI; IMOGENE SMITH; CATRICE       *
WASHINGTON; BEVERLY MEREDITH; JOAN    *
DELANEY; AUDREY LACKINGS; BEVERLY     *
COCKERHAM; RUTH PATTERSON;            *
THERESA DELMORE; JOANN SMITH; LOUIS   *
CASIMIER; SHIRLYN CASIMIER; PATRICIA  *
WHITE; LOURELL TURNER SR.; JAMES      *
LAMPTON; PATRICIA EDINBURGH; AVERY    *
MATTHEWS JR.; CECILY LAMBERT;         *
LAURYN MATTHEWS JR.; MICHELLE TATE;   *
PATRICIA GREEN; PATRICIA GREN;        *
REGINA LIMA; WILTON TATE; CYNTHIA     *
JAMISON; OSCAR SINGLETON; LINDA       *

JACKSON; PAMELA WALKER; ROSE                    *
HUNTLEY; ALICE BUTLER; ALLIE                    *
ALEXANDER III; ANGELA WALKER;                   *
BARBARA JONES; BENITA DUMAS;                    *
BERNARD DUCRE; BRANDON PERKINS;                 *
BRIAN WALKER SR.; BRIDGETTE REAUX;              *
CARLETTA JENKINS; CARRIE DIXON;                 *
CATHY FISHER; CHRISTOPHER DUMAS;                *
CHRISTOPHER DUMAS JR.; CLAUDIA                  *
WILLIAMS; DAISY KING; DANA                      *
GONZALES; DARLENE KLIEBERT;                     *
DEBORAH SQUARE; DEBRA DOTY;                     *
DEMARIUS THURMOND; DEMETERICUS                  *
THURMOND; DOROTHY HUSBAND; EDDIE                *
CHARLES; EDWARD THOMPSON;                       *
ERNESTYNE BASS; ESTER PERKINS; FRANK            *
HARRIS; GAIL TUCKER; GISSELE JOSHUA;            *
GLORIA CHRISTOPHER; HALTRON ADAMS;              *
HAROLD SEARS; HENRY KLIEBERT;                   *
HERMAN PLUNKETT; IKEA JOSHUA; IRI               *
SKINNER; IRMA ODDS; ISSAC JOSHUA JR.;           *
JAMAL NETTLES; JAMILAH HAMPTON;                 *
JAMIRA NETTLES; JAMYRIN WATSON;                 *
JANAYA HAMPTON; JARRETT WATSON,                 *
JR.; JARRETT WATSON, SR.; JIA NETTLES;          *
JOHN POWELL; JOSEPH PERKINS; JOYCE              *
ANDERSON; JUSTIN HARRISON; KIRK                 *
JOHNSON SR.; KIRSTEN JOHNSON; LARRY             *
JENKINS; LATORIA BASS; LILLIAN                  *
POWELL; LINDA THOMPSON; LORRAINE                *
FIELDS; LOUVENIA ALLEN; LYDIA                   *
CHARLES; MADELYN BRYANT; MARGIE                 *
THOMPSON; MARVIN NETTLES; MARY                  *
SHARETT; MATTIE WALTERS; MERCEDES               *
DUCRE; MILTON JOSEPH JR.; NATHANIEL             *
THURMOND; NETTIE LEE; RAYMOND LEE;              *
RUTH LEFORT; RUTH LEFORT; SANDRA                *
MALDONADO; SHARON NETTLES;                      *
TERENCE DUCRE; THELMA HALL; TRACI               *
ALLEN; VALENCE DUCRE; VANESSA                   *
SYLVESTER; VERLINDA NARCISSE;                   *

11

WANDA TOWNSEND; WILLIAM LOCKETT,   *
JR.; WILLIE JOHNSON; YVONNE HUNTLEY;   *
YVONNE JOHNSON; ZANOBIA LAMPTON;   *
ALRINN PUNDS; HAROLD GILMORE;   *
MICHELLE PETERS; PAULETTE COLLOR;   *
WILTON PETERS; RAYMOND JACKSON;   *
ADRIAN HARRISON; CHARLES HARRISON   *
JR.; EVELYN HARRISON; KRYSTLE   *
HARRISON; DEREK PROGAIS; EDGAR   *
TORREGANO; JANINE THOMPSON; DONNA   *
FREDERICK; LETTIE MARINOVICH; MARY   *
NEAPOLEON; MILTON MARINOVICH;   *
SHEENA FREDERICK-WILLIAMS;   *
CORRAINE WASHINGTON; NICOLE BANKS;   *
TYRONE BANKS SR.; WILBERT   *
WASHINGTON; ADONAI COLLINS;   *
ANTHONY WASHINGTON; CATRICE   *
COLLINS-WASHINGTON; DIANE HARRIS;   *
ROSE WEST; ANDREA JOHNSON; FIERRAU   *
ALEXANDER; GERARD CARTER; KARAN   *
ALEXANDER; KENNETH JOHNSON;   *
ROCQUEL STERLING; KENDRA JOHNSON;   *
JANAE CROOK; BRIONE ALLEN; DIANNE   *
ALLEN; EDWARD ALLEN; HAKEIM ALLEN;   *
JAMES CASBY, SR.; RONEKA ALLEN; SARIA   *
ALLEN; TIMOTHY ALLEN; TRINEICE   *
ALLEN; NORMAN ADAMS, SR.;   *
CASSANDRA ADAMS; DANIEL HAWKINS   *
JR; DORIS NELSON; JOANN MEDICE; JOYCE   *
OWENS; SHEILA THORNTON; DARILYN   *
BARTHOLOMEW JR.; DARRYL   *
BARTHOLOMEW; DARRYL   *
BARTHOLOMEW JR.; DEREK   *
BARTHOLOMEW; DOMINIC   *
BARTHOLOMEW; SHERITA   *
BARTHOLOMEW; BRIDGEJA BAKER;   *
BRIDGET BAKER; THOMAS BAKER JR.;   *
WALTER COCKERHAM; DORITA BLACK;   *
PATRICK YOUNGBLOOD; STACY   *
FRANKLIN; MAXIE FRANKLIN; MILIKA   *
POWELL; JIBRIL TAYLOR; SHIRLENE   *

VANISON; KACELL TEAGUE; YASHENA                 *
GILLARD; DWIGHT WILLIAMS; LAWRENCE              *
DUPESSIS, ILL; LAWRENCE DUPLESSIS III;          *
HENRY FONRENETTE; GEORGE THOMAS;                *
GERALDINE BROWN; GLORIA BROWN;                  *
NANCY CONERLY; REBECCA FREDERICK;               *
CLAUDELL BOULIGY; CARMEN GATHE;                 *
ARTHUR FOLEY, SR; ASHLEIGH WARD;                *
BARBARA COLAR; DAVID BOYCE;                     *
DOLORES JACKSON; GRETHEL LEBLANC;               *
HENRY JONES; HERBERT COLAR; JASMINE             *
WARD; JOANN FOLEY; JOHN BOYCE;                  *
JONATHON BOYCE; JOSEPH LEBLANC SR.;             *
JOYCE LANDRY; KEVIN STOVALL JR.;                *
KEVIN STOVALL SR.; SHAJUANIA                    *
STOVALL; EDNA STEWART; BARBARA                  *
EDWARDS; RAYMOND SUTTON; VERINESE               *
SUTTON; CHUNUARY ROBINSON;                      *
LAVERNE HICKERSON; BARBARA GOINS;               *
BERNARD MARKS; MOHAMMED SAKLI;                  *
PATRICIA ALLEN; SHARIONNE MARKS;                *
SIHAM SAHLI; YOLANDA MARKS; JEFFERY             *
RAPP JR.; JEFFERY RAPP SR.; LORRY RAPP;         *
ALLAN DESUIGNES; ISAAC BELLIZAN JR.;            *
JOYCE BELLIZAN; CORA BROWN; DESIREE             *
JOHNSON; ANGELA MUHAMMAD; JABORI               *
MUHAMMAD; KHALIF MUHAMMAD;                      *
MILTON JOHNSON JR.; PETER STERLING;             *
RENDA WILLIAMS; GWENDOLYN TAYLOR;               *
MAXINE ROVERS; SHIRLEY THOMAS; JOHN             *
COLLIER; DRUCILLA ANCAR; DRUCILLA               *
ANCAR; MURVE SAP; ROBERT COLEMAN                *
JR; SHIRLEY ANTOINE; STELLA SAPP;               *
WILLIAM BROOKS; DAULA ROBINSON;                 *
DEBORAH BARTHOLOMEW; MICHAEL                    *
BARTHOLOMEW; SEDONIA RAPP; AKAYLA               *
HUBBARD; ALIE HUBBARD; ALVIN                    *
WEBSTER; ANITA ANDERSON; ARGUE                  *
FOLEY; ARTHUR SYKES; BARBARA                    *
HEWITT; BARBARA KELLEY; BRENDA                  *
JOSEPH; BRENT RIGGINS; CARMELITA                *

13

ALLEN; CARMEN JACKSON; CAROLYN          *
BATTIEST; CHARLES VARNADO; CHERYL       *
JACOBS; CLARENCE LEON; CRISTOPHER       *
JOHNS; CURTIS WALKER; CURTIS            *
WALKER; CYNTHIA CLAYBORNE;              *
CYNTHIA WASHINGTON; DAVID DEJEAN;       *
DEBORAH EVANS; DEMETERA JOHNS;          *
DESIREE JOHNSON; DIANE CONNER;          *
DONALD SYKES; DORIS SYKES; EDWARD       *
HOPKINS; EDWARD KURTZ; ELAINE           *
JOHNSON; ELVERA HUBBARD; EMILE          *
AUGILLARD; ERROL ALLEN; ESTER SMITH;    *
EVA MARRERO; FAYE GRAY; GLORIA          *
DOMINGUEZ; GLORIA DOMINGUEZ;            *
GREGORY MCKINNEY; HONOR RHODES;         *
HOWARD KELLY JR.; IRENE MERRIDITH-      *
SYKES; JANELLE DEJEAN; JEROME           *
JOHNSON; JESSICA BUMPUS; JESSIE BOYD;   *
JESSIE EXKANO; JMIE WALKER-JOHNSON;     *
JO-ANN BATTISTE; JOHN GONZALES JR;      *
JOMAL GREEN; JOSEPH BATISTE SR.;        *
KACELL TEAGUE; KERONNE LEWIS;           *
KERONNE LEWIS; KEVIN REED; KYONNE       *
WALKER; LARNEY JACKSON; LEAUDREY        *
WINSTON; LEEONISE SMITH; LELA           *
HAMPTON; LEQUENCE GREEN; LILLIAN        *
POREE; LILLIAN ROSS; LVINIA REDDICK;    *
MADELINE LEON; MARCOS DOMINGUEZ;        *
MARION LYONS; MARY WELSH; NOREEN        *
BOYD; RAYMOND COLE; RAYOLGA             *
DELAIR-BANKSTON; RAYSHAD                *
ROBERTSON; RENATE BURGESS; ROSE         *
ANDREWS; ROWENA ROBINSON; RUSSELL       *
ROBINSON; RUSSELL ROBINSON JR.;         *
SHEILA COLE; THOMAS JOHNSON; TIARA      *
GREEN; TONICA REEVES-MARTES;            *
TROVAN WEBSTER; VESHANDUS GREEN;        *
WANDA LEE; ANTONIO WICKS; BERNEL        *
SANDERS; CAROL LEWIS; HAZEL             *
SCHLUETER; JOSEPH ALLEN; ALFRED         *
GARDNER; HELEN WEBSTER; RAUL            *

14

FERNANDEZ; CARRIE SMITH; BARBARA          *
HAMILTON; EVELYN LOCKETT; DAVID           *
MCNEAL; EMILE MOLINE SR.; PATRICIA        *
GARDNER; LYNETTE CHARLES; GRACE           *
CONWAY; WAYNE STAGGERS; MILTON J.         *
ANTOINE, JR.; DIANE LAVINGNE; JEANNE      *
COLLINS; JULIE RICHARDSON-                *
BEAUCHAMP; RONALD RICHARSON;              *
JACQUELINE COOPER; WILLIE WINFIELD;       *
WILLIE BENOIT; JOSEPH GUZMAN;             *
BERNADETTA WATKINS; BURNELL REINE;        *
DENICE THOMPSON; DOLORUS LEE;             *
DOROTHY LEE; DYMPHNA AHMED; ELLIS         *
WILSON; HENRIETTA GUZMAN; JOCELYN         *
LABOSTRIE; MELVINA ONEAL; THARNELL        *
ONEAL; JOYCELYN LABOSTRIE; O'NEAL         *
MERRICK SR; JUANITA ANDREWS;              *
CELESTER CHILDS; JOSHUA CHILDS;           *
KEVIN CAMERON; RILMA PATT; WALTER         *
CHILDS; ZANZER ARGUSTA; BENNIE            *
SMITH; BENNIE THURN; DANIELLE SMITH;      *
NU TRAN; SUSIE SMITH; MARY MOORE;         *
KEVIN SISSON; KEVIN SISSON; MARCELLE      *
SISSON; CANDINCE MCMILLIAN;               *
TINIEVANGELINE PETTY; WYATT PETTY         *
SR.; WILLIE PETTY; ANTHONY BERNARD;       *
GLORIA BERNARD; CYNTHIA DARDAR;           *
DOLORES BARROIS; LINDA LINDSEY;           *
ALEXANDER BROWN JR.; BETTY                *
MARCHAND; ADAM DUPLESSIS; BARBARA         *
DUPLESSIS; RONALD NAVARRE III;            *
BARBARA KELLEY; HOWARD KELLY JR.;         *
CYNTHIA GIBSON; SAMUEL BRADFORD;          *
VELMA PINKSTON; ANGELENA LEWIS;           *
BUSINESS-BETTY MARCHAND; CORNELIUS        *
DAVIS; MARY DAVIS; RACQUEL MAGEE;         *
LIZZIE HEAD; JACQUELINE NIX; LOUIS        *
GREEN; CHARLOTTE GILBERT; CHRISTINE       *
HUTSON; DHIRAS HUTSON; EARL TOOMER;       *
IRMA WILLIAMS; JANIQUA HUTSON;            *
JUSTIANA HUTSON; JUSTIN HUTSON;           *

15

KEVIN HUTSON; SONITA JACKSON; PEGGY          *
BERRY; SANTEE BERRY; LOUISE JOHNSON;         *
RAYMOND JOHNSON; KATHERINE MOTES;            *
VIVIAN WILLIAMS; JOHN DUCROS; KATIE          *
BLADSACKER; LAURA BLADSACKER;                *
ADARA WILLIAMS; ALBERTHA COWART;             *
ALDEN LOMBARD III; AMY BOYKINS;              *
ANGELLA RAINEY; ANTHONY NUCCIO III;          *
ARTRULY HARRIS; CATHERIN ALLEN-              *
PERKINS; CHAD KELLY; CHARLES ESSEX;          *
CHARLES RAINEY; COURTNEY BIENEMY;            *
DIANE CHEDVILLE; DIANE NICOLAY;              *
DONNA MUTIN; DONNIE HARRIS;                  *
DOROTHY BIRDSALL; DOROTHY MULLINS;           *
DWIGHT WILLIAM SR.; EDDRINA OWENS;           *
ELENORA HUNTER; GABRIELLE NUCCIO;            *
GAIL MAURICE; GLADYS GODCHAUX;               *
GREGORY TYLER; HATTIE BALLARD;               *
HOLDEN LOMBARD; JACQUELYN BROWN;             *
JACQUES GLEASON; JAMES GAMBLE JR.;           *
JOSHUA KELLEY; JOSHUA KELLY; JULIAN          *
RICHARD; KEVIN CHEDVILLE; KEVIN ROW;         *
LAURA NUCCIO; LEO BARTHELEMY SR.;            *
LINDA RICHARD; MALLORY NUCCIO;               *
MARILYN KHATON; MARK BATISTE;                *
MERVIN GLASS; MICHAEL BAUDIN, SR.;           *
NICHOLAS CHEDVILLE; PAULA MERRIT;            *
PHYLLIS MATHEWS; REGINA OWENS;               *
ROBERT LUCIN, JR; RONALD MOORE;              *
RONALD WINDON; ROXIE GAMBLE;                 *
SAMUEL PERKINS; SUSAN BAUDIN; TANYA          *
GUERINGER; TERRY MOTES; VINCENT              *
BIENEMY JR.; VIRGINIA WILLIAMS;              *
YVETTE GLASS; ERMA GREEN; ZINA PAGE;         *
BENJAMIN GREGORY; ALETHA HART;               *
JEFFERY TREPAGNIEN SR.; JUSTIN               *
FLEETWOOD; LAVERNE MCCORMICK;                *
GWENDOLYN JASMINE; KIARRA JASMINE;           *
ADAM CHARTIER; CAPUCINE WILSON;              *
DOROTHY MULLINS; IRIS ANGELETY-              *
FERRIER; SHIRLEY CHARTIER; ALBERTA           *

16

WALKER; CHARLES REED; DORTHY          *
BIRDSALL; DORTHY BIRDSALL; ELLA       *
HAYES; GWENDOLYN ADAMS;               *
GWENDOLYN EVERAGE; JOSEPH OTKINS      *
III; LOUIS ADAMS, JR.; LUCILLE KNECHT; *
MERVIN GLASS; SHIRLEY ADAMS; WANNY    *
CARTER; YVETTE GLASS; MONICA          *
CRAVINAS; WILDA DAVIS; LAWRENCE       *
VANDERHORST II; RICHARD BOURGEOIS     *
SR.; MELICA DUPAQUIER; RICHARD        *
DUPAQUIER; BRENDA SORINA; VIRGIL      *
SORINA; ANITA GUICHARD; AMELIA        *
FLORES; MACK FLORES; CHANCE ALLEN;    *
KEVIN WILSON; NICOLE WILSON; SANDRA   *
WILSON; LARRY SCHULUETER; MICHAEL     *
DANIELS; VALERIE DANIELS;             *
CHRISTOPHER WHITE; JOYCE BARNUM;      *
KARNELLA MCMILLAN; QUENTON            *
MORRIS; DEBORAH TANNER; VIVIAN        *
HOWARD; MABLE DUPLESSIS; DAISY        *
JONES; JAMES JONES; REGINALD          *
FOURNIER; SEDONIA LABEE; CONTRENIA    *
JEFFERSON; ALBERT BERRY JR.; ANTHONY  *
WHITFIELD; BETTY SMITH; BRITTANY      *
FOSTER; CARMAN JACKSON; CHAURICE      *
SMOTHERS; CORLISSA DOBSON; FRANCES    *
BERRY; IRMA MAXWELL; JOSHUA           *
SMOTHERS; KAHNYA HARRISON; KASIA      *
JOHNSON; LINDA FOXWORTH; LOIS         *
WILLIAMS; LORRAINE HATTON;            *
MADELINE JOHNSON; SHONA FOSTER;       *
SYLVIA LEWIS; VIRGINIA BRAUD;         *
VIVELLE PERCY; GWENDOLYN JOSEPH;      *
NEDRA SCOTT; ANTOINETTE ANDERSON;     *
MELVIN ANDERSON; JAMES WARD;          *
ALBERT RANKINS; NAKEISHA COOPER;      *
BERNARD NORA; MARTHA FONTENOT,        *
        apparent Plaintiffs listed in spreadsheet   *
        attached to First Amended Petition for       *
        Damages,                                      *
                                                      *

17

|                                                              |     |
| ------------------------------------------------------------ | --- |
| Plaintiffs,                                                  | *   |
|                                                              | *   |
| VERSUS                                                       | *   |
|                                                              | *   |
| ANPAC LOUISIANA INSURANCE COMPANY,                           | *   |
|     Defendant identified in caption of First                 | *   |
|     Amended Petition for Damages,                            | *   |
|                                                              | *   |
|                                                              | *   |
| AUDOBON INSURANCE COMPANY;                                   | *   |
| BANKERS LIFE OF LOUISIANA; FIREMAN'S                         | *   |
| FUND INSURANCE COMPANY OF                                    | *   |
| LOUISIANA;IMPERIAL FIRE AND                                  | *   |
| CASUALTY INSURANCE COMPANY;                                  | *   |
| LAFAYETTE INSURANCE COMPANY;                                 | *   |
| LOUISIANA CITIZENS FAIR PLAN;                                | *   |
| LOUISIANA FARM BUREAU CASUALTY                               | *   |
| INSURANCE COMPANY; METROPOLITAN                              | *   |
| INSURANCE COMPANY; NATIONAL UNION                            | *   |
| FIRE INSURANCE COMPANY OF                                    | *   |
| LOUISIANA; PROGRESSIVE SECURITY                              | *   |
| INSURANCE COMPANY; SAFEWAY                                   | *   |
| INSURANCE COMPANY OF LOUISIANA;                              | *   |
| SECURITY NATIONAL LIFE INSURANCE                             | *   |
| COMPANY OF LOUISIANA; SECURITY                               | *   |
| PLAN FIRE INSURANCE COMPANY OF                               | *   |
| LOUISIANA; SECURITY PLAN LIFE                                | *   |
| INSURANCE COMPANY; UNITED FIRE                               | *   |
| GROUP; US AGENCIES CASUALTY                                  | *   |
| INSURANCE COMPANY, INC.; UNION                               | *   |
| NATIONAL LIFE INSURANCE COMPANY;                             | *   |
| UNION NATIONAL FIRE INSURANCE                                | *   |
| COMPANY; 2CS AGENCIES; 3RD MILLENIUM;                   | *   |
| AARP; AMPAC; A&B; AMC MORTGAGE                               | *   |
| SERVICES; ASC, ABN, ABN, ARMO AND                            | *   |
| ABN ARMO MORTGAGE; AMERICAN ANT                              | *   |
| P&C COMPANY; AMERICAN BROTHERS;                              | *   |
| AMERICAN SVC; AMERICLAIM; ANPOR;                             | *   |
| ANPU; APNAC; BALANCED INSURANCE                              | *   |
| PLANNING; BENEFICIAL INSURANCE;                              | *   |
| BEST INSURERS, INC.; CASUALTY                                | *   |

18

INSURANCE COMPANY; INC.; CAT MAN                    *
DO, INC.; CHASE BANK INSURANCE;                     *
CITYWIDE INSURANCE AGENCY;                          *
CLAIM CONSULTANTS; CLAIMS                           *
CONSULTANTS; CLAIMS CONSULTANTS,                    *
LLC; COASTAL PLAN; COMMON                           *
WEATHLAND; COSSE; CRAWFORD AND                      *
COMPANY, CUNNINGHAM LINDSEY; DAN                    *
BERGHARDT; DEAN AND HOMER                           *
GREENWICH; DIRECT; DIRECT SOURCE;                   *
DON & SON; DRIVER INSURANCE; EAGAN;                 *
EAGAN INSURANCE AGENCY; FEDERAL                     *
EMERGENCY OFFICE; FEDERAL                           *
MANAGEMENT INSURANCE; FINANCIAL                     *
INSURANCE CONSULTANTS; FIRST                        *
COMMUNITY; FIRST METRO                              *
INSURANCE; FIRST PREMIER; FLOOD                     *
INSURANCE PROCESSING CENTER;                        *
FLOOD INSURANCE; FORD DIRECT;                       *
FOUCHA INSURANCE FINANCIAL;                         *
FULTON JOHNSON; FULTON JOHNSON                      *
NEWMAN; FURNITURE STORAGE;                          *
H & R BLOCK; HAMMERMAN                              *
GARNER; HARRY KELLEHER; HERBERT                     *
& WILTZ; HIBERNIA; HOME FIREARMS                    *
FUND; HOME FIRST; HOME FIRST                        *
AGENCIES; INDEPENDENT INSURANCE                     *
ASSOCIATION, HOME FIRST AGENCIES;                   *
INTERNATIONAL AND INTERNATIONAL                     *
INSURANCE COMPANY; ISA; LPIC; LA                    *
INDEPENDENT INSURANCE; LA JOINT                     *
INSURANCE PLAN; LA NATIONAL; LA                     *
NATIONAL FLOOD; LA UNDERWRITERS;                    *
LA JOINT; LAPD; LC STERLING; WELLS                  *
FARGO; LA; LA PROPERTY INSURANCE;                   *
MACNEILL; MARTIN; MNC FIRST INC.;                   *
MR. BOB; MUTUAL LIBERTY; N.C.                       *
STERLING; AFIP; OCWEN, PASCO CLAIM;                 *
PASCO CLAIM SERVICE; PROCTOR                        *
FINANCIAL; RENTER UNION NATIONAL;                   *
ROMAGUERA INSURANCE; ROMAQUERA                      *

INSURANCE INCORPORATION; SAXON                    *
MORTGAGE SERVICES; SEDWICH                        *
INSURANCE BROKER; STANDARD                        *
MORTGAGE; STIEL INSURANCE; SWBC;                  *
THE REPUBLIC GROUP; UFG LAFAYETTE;                *
US AUTOMOBILE ASSURANCE; US                       *
AUTOMOBILE INSURANCE; US BANK                     *
HOME MORTGAGE; US DEPARTMENT;                     *
VALCO USA; VC STERLING; WILLIAMS;                 *
WILLIAMS INSURANCE; WNC; YORK                     *
CLAIMS SERVICE; YORK CLAIMS                       *
SERVICE, INC.; AIG INSURANCE; ALEA                *
LONDON LIMITED; ALLIANCE                          *
INSURANCE COMPANY; AMERICAN                       *
WESTERN; HIBERNIA; INDEPENDENT                    *
INC.; INSURANCE UNDERWRITERS,                     *
LTD; LA JOINT REINSURANCE; OSWEN;                 *
PRECISE INC.; UNITRIN KEMPER,                     *
    Defendants listed in "Exhibit A" to First     *
    Amended Petition for Damages,                  *
                                                  *

AAA AUTO CLUB FAMILY INSURANCE;                   *
AAA AUTO CLUB FAMILY INSURANCE                    *
COMPANY; AEGIS SECURITY INSURANCE                 *
COMPANY; ALLSTATE INSURANCE                       *
COMPANY; AMERICAN BANKERS                         *
INSURANCE; AMERICAN MODERN HOME                   *
INSURANCE COMPANY; AMERICAN                       *
SECURITY INSURANCE; AMERICAN                      *
SOUTHERN HOME INSURANCE CO.; ARMED                *
FORCES INSURANCE EXCHANGE;                        *
ELECTRIC INSURANCE COMPANY                        *
ENCOMPASS INSURANCE; ESSEX                        *
INSURANCE COMPANY; FARMERS                        *
INSURANCE COMPANY; FIDELITY AND                   *
DEPOSIT COMPANY OF MARYLAND;                      *
FIDELITY NATIONAL INSURANCE                       *
COMPANY; FIDELITY NATIONAL                        *
PROPERTY & CASUALTY; GENERAL                      *
INSURANCE COMPANY OF AMERICA;                     *
GMAC INSURANCE; GREAT AMERICAN                    *

INSURANCE COMPANY; HANOVER         \*
INSURANCE COMPANY; HARTFORD       \*
INSURANCE COMPANY; LA CITIZEN FAIR   \*
PLAN; LACITIZEN FAIR PLAN; LEXINGTON  \*
INSURANCE COMPANY; LIBERTY MUTUAL  \*
INSURANCE COMPANY; LOUISIANA FARM  \*
BUREAU; MARKEL INTERNATIONAL     \*
INSURANCE COMPANY LTD; NATIONAL    \*
SECURITY FIRE & CASUALTY COMPANY;   \*
REPUBLIC FIRE & CASUALTY;         \*
SCOTTSDALE INSURANCE COMPANY;     \*
SECURITY PLAN FIRE INSURANCE      \*
COMPANY; STATE FARM FIRE AND      \*
CASUALTY COMPANY; STATE FARM FIRE  \*
& CASUALTY COMPANY; STATE FARM    \*
INSURANCE; STATE FARM INSURANCE    \*
COMPANY; TRAVELERS INSURANCE     \*
COMPANY; UNDERWRITERS AT LLOYDS   \*
LONDON; UNDERWRITERS AT LLOYDS OF  \*
LONDON; UNION NATIONAL FIRE; UNION  \*
NATIONAL LIFE; UNITRIN PREFERRED   \*
INSURANCE COMPANY; USAA CASUALTY  \*
INSURANCE COMPANY; Z.C. STERLING;   \*
AIG AGENCY AUTO; AIG CLAIM SERVICES  \*
PROPERTY AND CASUALTY DIVISION; AIG  \*
NATIONAL INSURANCE COMPANY;      \*
ALLSTATE; ALLSTATE INDEMNITY     \*
COMPANY; ALLSTATE INSURANCE;     \*
ALLSTATE PROPERTY AND CASUALTY   \*
INSURANCE COMPANY; ALLSTATE/LA    \*
CITIZENS FAIR PLAN; AMERICAN      \*
BANKERS INSURANCE COMPANY;      \*
AMERICAN FAMILY HOME INSURANCE   \*
COMPANY; AMERICAN GENERAL       \*
PROPERTY INSURANCE COMPANY;      \*
AMERICAN NATIONAL P & C COMPANY;   \*
AMERICAN NATIONAL P AND C COMPANY;  \*
AMERICAN NATIONAL P&C COMPANY;    \*
AMERICAN NATIONAL PROPERTY AND   \*
CASUALTY; AMERICAN RELIABLE     \*
INSURANCE CO.; AMERICAN SECURITY   \*

21

INSURANCE COMPANY; AMERICAN                *
SOUTHERN HOME INSURANCE COMPANY;           *
ANPAC LOUISIANA INSURANCE                  *
COMPANY; AUDOBON INSURANCE GROUP;          *
BALBOA LIFE & CASUALTY; BALBOA LIFE        *
AND CASUALTY; CITIZENS FAIR PLAN;          *
COMMONWEALTH LAND TITLE                    *
INSURANCE COMPANY; DIRECT GENERAL          *
INSURANCE COMPANY OF LOUISIANA;            *
ENCOMPASS INSURANCE; FARMERS               *
INSURANCE EXCHANGE; FIDELITY               *
NATIONAL PROPERTY & CASUALTY               *
INSURANCE; FIDELITY NATIONAL               *
PROPERTY AND CASUALTY; FIRST               *
PREMIUM GROUP, INC.; HANOVER               *
INSURANCE; HARTFORD INSURANCE              *
COMPANY OF THE MIDWEST; HOMESITE           *
INSURANCE; HORACE MANN INSURANCE           *
COMPANY; IMPERIAL FIRE & CASUALTY          *
INSURANCE IMPERIAL FIRE AND                *
CASUALTY; LA CITIZANS FAIR PLAN; LA        *
CITIZENS COASTAL PLAN; LA CITIZENS         *
FAIR PLAN; LA CITIZENS FAIR                *
PLAN/AUDOBON INSURANCE; LA CITIZENS        *
PROPERTY INSURANCE CORPORATION; LA         *
JOINT REINSURANCE PLAN; LIBERTY            *
MUTUAL FIRE INSURANCE COMPANY;             *
LOUISIANA CITIZENS; LOUISIANA              *
CITIZENS PROPERTY INSURANCE;               *
LOUISIANA CITIZENS PROPERTY                *
INSURANCE CORPORATION; LOUISIANA           *
INSURANCE UNDERWRITING PLAN;               *
MERITPLAN INSURANCE COMPANY;               *
METLIFE AUTO & HOME; METLIFE AUTO &        *
HOME (MET P&C); METROPOLITAN               *
PROPERTY AND CASUALTY INSURANCE            *
COMPANY; NIC INSURANCE COMPANY;            *
REPUBLIC FIRE AND CASUALTY                 *
COMPANY; SAFECO INSURANCE; SAFECO          *
INSURANCE COMPANIES; SAFECO                *
INSURANCE COMPANY OF AMERICA;              *

22

SEABURY & SMITH, INC.; SECURITY     *
INDUSTRIAL FIRE INSURANCE COMPANY;  *
SOUTHWEST BUSINESS CORPORATION;   *
STATE FARM FIRE & CASUALTY; STATE   *
FARM FIRE AND CASUALTY; STATE FARM  *
FIRE AND CASUALTY INSURANCE; SUN   *
FINANCE COMPANY; TEACHERS       *
INSURANCE COMPANY; THE HANOVER   *
INSURANCE COMPANY; THE HARTFORD;   *
THE HARTFORD INSURANCE COMPANY;   *
TRAVELERS; TRAVELERS INSURANCE;    *
TRAVELERS INSURANCE COMPANIES;    *
TWIN CITY FIRE INSURANCE COMPANY;   *
UNION NATIONAL FIRE INSURANCE;     *
UNION NATIONAL FIRE INSURANCE     *
COMPANY; UNION NATIONAL INSURANCE  *
COMPANY; ZC STERLING INSURANCE    *
AGENCY.                          *
                                *
    apparent additional Defendants listed in  *
    spreadsheet attached to First Amended   *
    Petition for Damages,             *
                                *
    Defendants.                     *

## LIST OF ALL DOCUMENTS FILED IN
## 19th JUDICIAL DISTRICT COURT BY DATE

1)    Petition for Damages stamped filed and recorded on August 27, 2007 in the record of the 19th Judicial District Court;

2)    First Amended stamped filed and recorded on November 26, 2007 in the record of the 19th Judicial District Court; and

3)    Sheriff Return on Citation issued to various defendants stating service was made through the Secretary of State.

Respectfully submitted,

CHARLES L. CHASSAIGNAC, IV (#20746)
JAMES ERIC JOHNSON (#23800)
BRYAN J. HAYDEL, JR. (#27500)
ELEANOR WEEKS WALL (#29695)
**PORTEOUS, HAINKEL & JOHNSON, L.L.P.**
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
P: (225) 383-8900; F:(225) 383-7900
*Attorneys for State Farm  Fire and Casualty Company, also*
*incorrectly referred to as "State Farm Fire & Casualty*
*Company," "State Farm Insurance," "State Farm*
*Insurance Company," "State Farm Insurance Companies,"*
*"State Insurance Companies," and "Statefarm Insurance."*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of December, 2007, served a copy of the

foregoing pleading on counsel for all parties to this proceeding, by mailing same by United

States mail, properly addressed, and first class postage prepaid.

CHARLES L. CHASSAIGNAC, IV (#20746)

24