EAST BATON ROUGE PARISH

19TH JUDICIAL DISTRICT COURT

STATE OF LOUISIANA

NO.   558574                                        DIVISION " D"

LYNN K. BAILEY, ET AL.

VERSUS

ANPAC LOUISIANA INSURANCE COMPANY, ET AL.

Filed: _____                        Deputy Clerk_____

## FIRST AMENDED PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come plaintiffs, Lynn K. Bailey, et al., who are all persons of the full age of majority and citizens of the State of Louisiana, who respectfully submit the instant First Amended Petition for Damages, inasmuch as no answers have been filed in this matter. The instant First Amended Petition for Damages shall amend, substitute and supplement the original Petition for Damages *in toto*:

I.

Made defendants are: See Attached Exhibit A

II.

At all relevant times herein, Defendants had in full force and effect a homeowner's or other fire insurance policy or other policy of insurance ("homeowner's") in favor of the Plaintiffs listed herein, which provided coverage for claims of the nature asserted herein by the Plaintiffs. In particular, under its policy of insurance, insurer agreed to pay for damages or losses to Plaintiffs' dwelling, dwelling extension, personal property/contents, other structures, for additional living expenses/loss of use and for all other relief provided by the policy as a result of Hurricane Katrina pursuant to the terms of the policy and subject to applicable law.

III.

Made plaintiffs herein are the following persons, who are all of the full age of majority, who, at all material times hereto, were domiciled in the State of Louisiana, and, including on August 29, 2005, owned immovable property and all improvements and personal

property/contents thereon insured by defendant located in the State of Louisiana: See attached Exhibit B

## IV.

Plaintiffs allege that the loss of their dwellings, dwelling extensions, other structures and/or personal property/contents was caused, in whole or in part, by perils covered by the homeowner's policy of insurance issued by Defendant herein to Plaintiffs herein.

## V.

Furthermore, Plaintiffs sustained damages or losses in Louisiana to their dwelling, dwelling extensions, personal property/contents, other structures, for additional living expenses/loss of use and/or for all other relief provided by the policy; confected their homeowner's contract with the insurer in Louisiana; and seek damages pursuant to Louisiana's laws, including, but not limited to, La. R.S. 22:695(A), Louisiana's Valued Policy Law (VPL), which provides:

> Under any fire insurance policy insuring inanimate, immovable property in this state, if the insurer places a valuation upon the covered property and uses such valuation for purposes of determining the premium charge to be made under the policy, in the case of total loss the insurer shall compute and indemnify or compensate any covered loss of, or damage to, such property which occurs during the term of the policy at such valuation without deduction or offset, unless a different method is to be used in the computation of loss, in which latter case, the policy, and any application therefor, shall set forth in type of equal size, the actual method of such loss computation by the insurer. Coverage may be voided under said contract in the event of criminal fault on the part of the insured or the assigns of the insured.

## VI.

Additionally, as a result of the hurricane-force winds of Katrina (the efficient proximate cause), the Plaintiffs sustained a substantial or total loss to their immovable property, personal property/contents and all improvements thereon such that the value of the losses exceeded the policy limits of the coverage. Therefore, Plaintiffs are entitled to the policy limits with regard to all coverage, including, but not limited to, dwelling, dwelling extensions, personal property/contents, other structures, for additional living expenses/loss of use and/or for all other relief provided by the policy.

## VII.

On August 29, 2005, Hurricane Katrina made landfall in Southeast Louisiana as a Category 4 hurricane bearing sustained winds of 140 miles per hour and wind gusts of 155 miles per hour.

## VII.

The insured immovable property and all improvements thereon owned by the Plaintiffs listed above sustained a covered loss or damage under the policy issued by insurer.

## IX.

Plaintiffs' insured immovable property and all improvements thereon sustained damages from hurricane related wind, which is a covered peril under the policy issued by Defendant.

## X.

As a result of Hurricane Katrina, Plaintiffs sustained substantial damage to their immovable property rendering it substantially damaged and/or a "total loss."

## XI.

Insurer placed a valuation upon the insured immovable property owned by Plaintiffs.

## XII.

Insurer used each such valuation for the purpose of determining the premium charges to be made under the policy insuring the Plaintiffs' immovable property.

## XIII.

The homeowner's or other fire insurance policy or other policies of insurance, and any application therefor, issued by insurer to the Plaintiffs above, did not set forth in type of equal size a different method of loss computation in the event of total loss as permitted by La. R.S. 22:695(A).

## XIV.

Accordingly, Plaintiffs are entitled to recover the full face value stated in the homeowner's or other fire insurance policy insuring their covered immovable property and other structures, without deduction or offset, pursuant to La. R.S. 22:695(A).

**XV.**

In the alternative, if the court finds that La. R.S. 22:695(A) does not apply to the immovable dwelling, dwelling extension and other structures owned by the Plaintiffs above, then Plaintiffs aver that insurer failed to properly adjust and/or appraise their dwelling, dwelling extension and other structures damaged as a result of Hurricane Katrina and that additional money is owed to Plaintiffs for the damages to the dwelling, dwelling extension and other structures pursuant to the Plaintiffs' homeowner's policy.

**XVI.**

Additionally, Plaintiffs aver that they suffered losses to their personal property/contents, that said personal property/contents was damaged or destroyed by Hurricane Katrina, and that said damages have rendered plaintiffs' personal property/contents a total loss. Further, Plaintiffs dispute that insurer has fully compensated them for their personal property/contents coverage pursuant to their homeowner's coverage and claim that additional money is owed to them for their personal property/contents damaged or destroyed by Hurricane Katrina.

**XVII.**

The homeowner's policy of insurance issued by Defendant to Plaintiffs herein included coverage for Plaintiffs' personal property/contents, and in issuing coverage for said personal property/contents, Defendant herein placed a valuation on Plaintiffs' covered personal property/contents which was used for purposes of determining the premium charges to be made under said policy to Plaintiffs.

**XVIII.**

Neither the homeowner's policy issued by Defendant herein to Plaintiffs herein, nor any application therefor, set forth in type of prominent size a different method to be used in the computation of Plaintiffs' loss of personal property/contents, as set forth in La. R.S. 22:667. Accordingly, Plaintiffs herein are entitled to recover the full face value, without deduction or offset, stated in the homeowner's policy issued by Defendant to Plaintiffs for coverage of their personal property/contents pursuant to the provisions of La. R.S. 22:667.

### XIX.

Additionally, Plaintiffs dispute that insurer has fully compensated them under their additional living expenses/loss of use coverage and claim that they are owed additional living expenses/loss of use.

### XX.

Additionally, Plaintiffs dispute that insurer has fully compensated them for all other relief provided by the policy and claim that they are owed all other relief provided by their policy.

### XXI.

Additionally, Plaintiffs allege that the efficient proximate cause of the damages and losses to their dwelling, dwelling extension, other structures, personal property/contents, additional living expenses/loss of use and/or all other relief provided by the policy, were the severe winds of Hurricane Katrina and that the anti-concurrent cause clause provision used by insurer to deny the numerous claims of the Plaintiffs is in violation of the efficient proximate cause rule and is vague and ambiguous, rendering insurer liable to the Plaintiffs for damages and losses to their dwelling, dwelling extension, other structures, personal property/contents, for additional living expenses/loss of use, and/or for all other relief provided by the insurer's policy.

### XXII.

The flooding entering the City of New Orleans and surrounding parishes resulted from breaches in and failure of the levees/canals and/or levee/canal walls along the 17th Street Canal, London Avenue Canal, Industrial Canal, the Mississippi River Gulf Outlet and elsewhere, and were the result of acts of negligence in the design, construction and maintenance of said levees/canals and levee/canal walls.

### XXIII.

The breaking or failure of the levee/canal systems in the City of New Orleans and surrounding parishes which resulted from negligent acts is a peril not specifically excluded by the policy of homeowner's insurance issued by Defendant to Complainant herein, in contrast to other policies available in the market, and neither falls within the regular definition of "flood" nor within any of the said insurance policy's exclusions of "flood".

**XXIV.**

Defendant negligently, recklessly and/or intentionally ignored clear evidence that wind and wind-driven rain caused severe damage to Plaintiffs' covered property prior to any flooding.

**XXV.**

Defendant recklessly disregarded its duty to deal fairly with Plaintiffs and act in good faith.

**XXVI.**

Upon information and belief, and out of an abundance of caution, Plaintiffs further allege that insurer acted arbitrarily and capriciously in adjusting and appraising the damages and losses to their dwelling, dwelling extension, other structures, personal property/contents, and/or for additional living expenses/loss of use, and/or for all other relief provided by the policy and/or in paying an appropriate amount of such damage(s) after satisfactory proof of loss. Additionally, it has been more than 60 days (or at least 30 days) since satisfactory proofs of loss were submitted and more than 60 days (or at least 30 days) since an inspection was made or should have been made. Accordingly, in that event, Plaintiffs are entitled to recover from insurer under La. R.S. 22:1220 and/or La. R.S. 22:658 damages, penalties, attorney fees, costs and/or any other relief set forth therein.

**XXV.**

Plaintiffs request trial by jury. The amount in controversy exceeds the amount required for a trial by jury.

**XXVI.**

Plaintiffs respectfully request written notice ten (10) days in advance of the date fixed for trial or hearing on any exception, motion, rule or trial on the merits in this proceedings pursuant to Louisiana Code of Civil Procedure Article 1572, and Plaintiffs further request, pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914, immediate notice of all interlocutory and final orders and judgments on any exception, motions, rules, or trial on the merits in these proceedings.

**WHEREFORE,** Plaintiffs pray that Defendant be served with a copy of this Petition and be cited to appear and answer same; that, after appropriate legal delays and due proceedings are

had, there be judgment in favor of Plaintiffs and against Defendant for the full face value stated in the homeowner's policy or other fire insurance or other policy, issued by Defendant insurer to Plaintiffs for coverage for dwelling, dwelling extension and other structures, without deduction or offset, pursuant to La. R.S. 22:695; that there be judgment in favor of Plaintiffs for the full face value stated in the homeowner's policy or other fire insurance or other policy, issued by Defendant to Plaintiffs for coverage for personal property/contents, without deduction or offset, pursuant to La. R.S. 22:667; that there be judgment in favor of Plaintiffs for the full face value stated in said policy for coverage of additional living expenses/loss of use; that, in the alternative, there be judgment in favor of Plaintiffs and against Defendant herein for just and reasonable damages provided under the homeowners' policy issued by Defendant to Plaintiffs herein, for all damages to Plaintiffs' dwelling, dwelling extensions, other structures, personal property/contents, additional living expenses/loss of use and/or all relief provided by said policy; that Plaintiffs be granted all relief provided by the provisions of La. R.S. 22:1220 and/or La. R.S. 22:658; that there be trial by jury;  that Plaintiffs recover interest from the date of judicial demand; that Plaintiffs recover all costs of these proceedings; and for all general and equitable relief.

Respectfully submitted,

DANIEL E. BECNEL, JR.

Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone:     (985) 536-1186
Facsimile:     (985) 536-6445

BY:_____
DANIEL E. BECNEL, JR. LA. #2926

Exhibit A

1. ANPAC Louisiana Insurance Company, a Louisiana corporation with its principal place of business in Springfield, Missouri and whose Registered Agent for

   Service is Howard L. Murphy, 755 Magazine Street, New Orleans, Louisiana, 70130;

2. Audubon Insurance Company, a Louisiana corporation with its principal place of business in New York, New York, and whose Registered Agents for Service are Darrell W. Alligood and John A. Cerami, 4150 South Sherwood Forest Blvd., Baton Rouge, Louisiana, 70816;

3. Bankers Life of Louisiana, a Louisiana corporation with its principal place of business in Jacksonville, Florida, and whose Registered Agents for Service of Process are WM. A. Marbury, Jr., or L.L. Swearington, 600 N. Trenton Street, Ruston, Louisiana 71270;

4. Fireman's Fund Insurance Company of Louisiana, a Louisiana corporation with its principal place of business in Novato, California and whose Registered Agent for Service of Process is CT Corporation System, 8550 United Plaza Blvd., Baton Rouge, Louisiana, 70809.

5. Imperial Fire and Casualty Insurance Company, a Louisiana corporation with its principal place of business in Opelousas, Louisiana and whose Registered Agents for Service of Process are Dirk Boudreaux and Scott A. Pitre, 4670 I-49 North Service Road, Opelousas, Louisiana, 70570.

6. Lafayette Insurance Company, a Louisiana corporation with its principal place of business in New Orleans, Louisiana and whose Registered Agent for Service is Leo F. Wegmann, Jr., or John A. Rife, 2800 Veterans Blvd., Suite 253, Metairie, Louisiana, 70002;

7. Louisiana Citizens Fair Plan, a Louisiana corporation with its principal place of business in New Orleans, Louisiana and whose Registered Agent for Service is the Louisiana Secretary of State; and

8. Louisiana Farm Bureau Casaulty Insurance Company, a Louisiana corporation with its principal place of business Baton Rouge, Louisiana

and whose Registered Agents for Service are Bob Warner, Jr., Ann M.
Metrailer and Wayne Jacobs, 9516 Airline Highway, Baton Rouge,
Louisiana, 70815.

9.  Metropolitan Insurance Company, a Louisiana corporation with its
principal place of business in Metairie, Louisiana; there is no Registered
Agent for Service of Process listed in the Louisiana Department of
Insurance Database;

10. National Union Fire Insurance Company of Louisiana, a Louisiana
corporation with its principal place of business in Baton Rouge, Louisiana
and whose Registered Agent for Service of Process is Corporation Service
Company, 320 Somerulos Street, Baton Rouge, Louisiana, 70816;

11. Progressive Security Insurance Company, a Louisiana corporation with its
principal place of business in Mayfield Village, Ohio, and whose
Registered Agent for Service of Process is CT Corporation System, 8550
United Plaza Blvd., Baton Rouge, Louisiana, 70809.

12. Safeway Insurance Company of Louisiana, a Louisiana corporation with
its principal place of business in Lafayette, Louisiana and whose
Registered Agent for Service is Richard Emick Soileau, 200 West
Congress Street, Suite 850, Lafayette, LA 70501.

13. Security National Life Insurance Company of Louisiana, a Louisiana
corporation with its principal place of business Shreveport, Louisiana and
whose Registered Agent for Service of Process is J.R. & G.M. Stamper,
725 Jordan Street & 445 Forest Ave., Shreveport, Louisiana, 71101;

14. Security Plan Fire Insurance Company and Security Plan Life Insurance
Company, both Louisiana corporations with their principal place of
business in Donaldsonville, Louisiana and whose Registered Agent for
Service is Corporate Service Company, 320 Somerulos Street, Baton
Rouge, Louisiana, 70802.

15. United Fire Group, an Iowa corporation with its principal place of
business in Cedar Rapids, Iowa and whose Registered Agent for Service is
the Louisiana Secretary of State.

16. US Agencies Casualty Insurance Company, Inc., a Louisiana corporation with its principal place of business in Baton Rouge, Louisiana and whose Registered Agents for Service are Kenneth F. Champagne, Margaret S. Green, or Terry Doming, 8550 United Plaza Blvd., Suite 805, Baton Rouge, Louisiana, 70809;

17. Union National Life Insurance Company and Union National Fire Insurance Company, both Louisiana corporations with their principal place of business St. Louis, Missouri and whose Registered Agent for Service is CT Corporation System, 8550 United Plaza Blvd., Baton Rouge, Louisiana, 70809.

18. 2CS Agencies, domicile and principal place of business unknown;

19. 3rd Millennium, domicile and principal place of business unknown;

20. AARP, domicile and principal place of business unknown;

21. AMPAC, domicile and principal place of business unknown;

22. A & B, domicile and principal place of business unknown;

23. AMC Mortgage Services, domicile and principal place of business unknown;

24. ASC, domicile and principal place of business unknown;

25. ABN, domicile and principal place of business unknown;

26. ABN, ARMO and ABN ARMO Mortgage, domicile and principal place of business unknown;

27. American Ant P&C Company, domicile and principal place of business unknown;

28. American Brothers, domicile and principal place of business unknown;

29. American SVC, domicile and principal place of business unknown;

30. Americlaim, domicile and principal place of business unknown;

31. ANPOR, domicile and principal place of business unknown;

32. ANPU, domicile and principal place of business unknown;

33. APNAC, domicile and principal place of business unknown;

34. Balanced Insurance Planning, domicile and principal place of business unknown;

35.     Beneficial Insurance, domicile and principal place of business unknown;

36. Best Insurers Inc., domicile and principal place of business unknown;

37. Casualty Insurance Company, Inc.,  domicile and principal place of business unknown;

38. Cat Man Do, Inc., domicile and principal place of business unknown;

39. Chase Bank Insurance, domicile and principal place of business unknown;

40. Citywide Insurance Agency,  domicile and principal place of business unknown;

41. Claim Consultants, domicile and principal place of business unknown;

42. Claims Consultants, domicile and principal place of business unknown;

43. Claims Consultants, LLC, domicile and principal place of business unknown;

44. Coastal Plan, domicile and principal place of business unknown;

45. Common Weathland, domicile and principal place of business unknown;

46. Cosse, domicile and principal place of business unknown;

47. Crawford and Company, domicile and principal place of business unknown;

48. Cunningham Lindsey, domicile and principal place of business unknown;

49. Dan Berghardt, domicile and principal place of business unknown;

50. Dean and Homer Greenwich, domicile and principal place of business unknown;

51. Direct, domicile and principal place of business unknown;

52. Direct Source, domicile and principal place of business unknown;

53. Don & Son, domicile and principal place of business unknown;

54. Driver Insurance, domicile and principal place of business unknown;

55. Eagan, domicile and principal place of business unknown;

56. Eagan Insurance Agency, domicile and principal place of business unknown;

57. Federal Emergency Office; domicile and principal place of business unknown;

58. Federal Management Insurance, domicile and principal place of business unknown;

59. Financial Insurance Consultants, domicile and principal place of business unknown;

60. First Community, domicile and principal place of business unknown;

61. First Metro Insurance, domicile and principal place of business unknown;

62. First Premier, domicile and principal place of business unknown;

63. Flood Insurance Processing Center, domicile and principal place of business unknown;

64. Flood Insurance, domicile and principal place of business unknown;

65. Ford Direct, domicile and principal place of business unknown;

66. Foucha Insurance Financial, domicile and principal place of business unknown;

67. Fulton Johnson, domicile and principal place of business unknown;

68. Fulton Johnson Newman, domicile and principal place of business unknown;

69. Furniture Storage, domicile and principal place of business unknown;

70. H & R Block, domicile and principal place of business unknown;

71. Hammerman Garner, domicile and principal place of business unknown;

72. Harry Kelleher, domicile and principal place of business unknown;

73. Hebert & Wiltz, domicile and principal place of business unknown;

74. Hibernia, domicile and principal place of business unknown;

75. Home Firearms Fund, domicile and principal place of business unknown;

76. Home First, domicile and principal place of business unknown;

77. Home First Agencies, domicile and principal place of business unknown;

78. Home First Agencies, domicile and principal place of business unknown;

79. Independent Insurance Association, Home First Agencies, domicile and principal place of business unknown;

80. International and International Insurance Company, domicile and principal place of business unknown;

81. ISA, domicile and principal place of business unknown;

82. LPIC, domicile and principal place of business unknown;

83. LA Independent Insurance, domicile and principal place of business unknown;

84. LA Joint Insurance Plan,  domicile and principal place of business unknown;

85. LA National, domicile and principal place of business unknown;

86. LA National Flood, domicile and principal place of business unknown;

87. LA Underwriters, domicile and principal place of business unknown;

88. LA Joint, domicile and principal place of business unknown;

89. LAPD, domicile and principal place of business unknown;

90. LC Sterling and Wells Fargo, domicile and principal place of business unknown;

91. LA, domicile and principal place of business unknown;

92. LA Property Insurance, domicile and principal place of business unknown;

93. LPIC, domicile and principal place of business unknown;

94. MACNeill, domicile and principal place of business unknown;

95. Martin, domicile and principal place of business unknown;

96. MNC First Inc., domicile and principal place of business unknown;

97. Mr. Bob, domicile and principal place of business unknown;

98. Mutual Liberty, domicile and principal place of business unknown;

99. N.C. Sterling,  domicile and principal place of business unknown;

100.    AFIP, domicile and principal place of business unknown;

101.    OCWEN, domicile and principal place of business unknown;

102.    Pasco Claim, domicile and principal place of business unknown;

103.    Pasco Claim Service, domicile and principal place of business unknown;

104.    Proctor Financial, domicile and principal place of business unknown;

105.    Renter Union National, domicile and principal place of business unknown;

106.    Romaguera Insurance and Romaguera Insurance Incorporation , domicile and principal place of business unknown;

107.    Saxon Mortgage Services, domicile and principal place of business unknown;

108.    Sedwich Insurance Broker, domicile and principal place of business unknown;

109.    Standard Mortgage, domicile and principal place of business unknown;

110.    Stiel Insurance, domicile and principal place of business unknown;

111.    SWBC, domicile and principal place of business unknown;

112.    The Republic Group, domicile and principal place of business unknown;

113.    UFG Lafayette, domicile and principal place of business unknown;

114.    US Automobile Assurance and US Automobile Insurance, domicile and principal place of business unknown;

115.    US Bank Home Mortgage, domicile and principal place of business unknown;

116.    US Department, domicile and principal place of business unknown;

117.    Valco USA, domicile and principal place of business unknown;

118.    VC Sterling, domicile and principal place of business unknown;

119.    Williams, domicile and principal place of business unknown;

120.    Williams Insurance, domicile and principal place of business unknown;

121.    WNC, domicile and principal place of business unknown;

122.    York Claims Service and York Claims Service, Inc., domicile and principal place of business unknown;

123.    AIG Insurance, domicile and principal place of business unknown;

124.    ALEA London Limited, domicile and principal place of business unknown;

125.    Alliance Insurance Company, domicile and principal place of business unknown;

126.    American Western, domicile and principal place of business unknown;

127.    Hibernia, domicile and principal place of business unknown;

128.    Independent Inc, domicile and principal place of business unknown;

129.    Hibernia, domicile and principal place of business unknown;

130.    Independent Inc, domicile and principal place of business unknown;

131.    Insurance Underwriters, LTD, domicile and principal place of business unknown;

132.    LA Joint Reinsurance, domicile and principal place of business unknown;

133.    OSWEN, domicile and principal place of business unknown;

134.    Precise Inc., domicile and principal place of business unknown;

135.    Unitrin Kemper, domicile and principal place of business unknown

**Exhibit B**

**Made Plaintiffs against ANPAC Louisiana Insurance Company are:**

    A. Lynn K. Bailey whose property located at 873 Pontalba Street, New Orleans, Louisiana, 70124, was covered by ANPAC Louisiana Insurance Company homeowner's policy number 17-X-F40-800-2 at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

    B. Faye and Gilbert Larche whose property located at 8130 Lomond Road, New Orleans, Louisiana, 70126, was covered by ANPAC Louisiana Insurance Company homeowners policy number 17-X-772-838-1 at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

    C. Roland Broussard whose property located at 27 Kristen Court, New Orleans, Louisiana, 70128, was covered by ANPAC Louisiana Insurance Company homeowner's policy number 17-X-H10-847-9 at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

**Made Plaintiffs against Audubon Insurance Company are:**

    A. Eldora and Lionel Castell, Sr. and whose property located at 2136 St. Ferdinand Street, New Orleans, Louisiana, 70117, was covered by Audubon Louisiana Insurance Company homeowners policy number FZH 0103360 at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

    B. Clifton Smith whose property located at 2745 Jonquil Street, New Orleans, Louisiana, 70122, was covered by ANPAC Louisiana Insurance Company homeowners policy number FPH-0127196-06 at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

**Made Plaintiffs against Lafayette Insurance Company are:**

    A. Charles and Jency Anderson whose properties located at 5320 N. Villere Street, New Orleans, Louisiana, 70117 and 1834 Egania Street, Louisiana, 70117 were covered by Lafayette Insurance Company homeowners policy numbers 80710313 and 73435809, which were underwritten by United Fire Group, at the time both properties sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005

    B. August Favaroth whose property located at 2843 Laussat Place, New Orleans, Louisiana, 70117, was covered by Lafayette Insurance Company homeowner's policy number 80692049, which was underwritten by United Fire Group, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

    C. Helen Carter whose property located at 4642 Cerise Ave., New Orleans, Louisiana, 70127, was covered by Lafayette Insurance Company homeowner's policy number 80713649, which was underwritten by United Fire Group, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

    D. Emily Jones whose property located at 2245 Bartholomew Street, New Orleans, Louisiana, 70117, was covered by Lafayette Insurance Company homeowners policy number 80690197, which was underwritten by United Fire Group, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

**Made Plaintiffs against Louisiana Citizens Fair Plan are:**

    A. Tamyra Bacchus-Wallace whose property located at 1707 Lesseps Street, New Orleans, Louisiana, 70117, was covered by Louisiana Citizens Fair Plan homeowners policy number FZH 036718800, at the time it sustained

extensive damage from wind and wind-driven rain due to Hurricane
Katrina which made land fall on Louisiana on August 29, 2005.

B. Barbara Baptiste whose properties located at 8804 and 8808 Apple Street
New Orleans, Louisiana, 70118, were covered by Louisiana Citizens Fair
Plan homeowners policy number FZD0363334, at the time both properties
sustained extensive damage from wind and wind-driven rain due to
Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

C. Olivia Bartholomew whose property located at 4517-19 Saratoga Street,
New Orleans, Louisiana, 70115, was covered by Louisiana Citizens Fair
Plan homeowners policy number FZH 060967900, at the time it sustained
extensive damage from wind and wind-driven rain due to Hurricane
Katrina which made land fall on Louisiana on August 29, 2005.

D. Nekita Bourne whose property located at 14724 Beckman Road, New
Orleans, Louisiana, 70128, was covered by Louisiana Citizens Fair Plan
homeowners policy number FZH 003642700, at the time it sustained
extensive damage from wind and wind-driven rain due to Hurricane
Katrina which made land fall on Louisiana on August 29, 2005.

E. Ernest Brown whose property located at 5423 Elysian Fields, New
Orleans, Louisiana, 70122, was covered by Louisiana Citizens Fair Plan
homeowners policy number FZH 0603447, at the time it sustained
extensive damage from wind and wind-driven rain due to Hurricane
Katrina which made land fall on Louisiana on August 29, 2005.

F. Beatrice Cambridge whose property located at 2935 and 2935 ½ Marginy
Street, New Orleans, Louisiana, 70122, was covered by Louisiana Citizens
Fair Plan homeowners policy number FZH 060336000, at the time it
sustained extensive damage from wind and wind-driven rain due to
Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

G. Eldora and Lionel Castell, Sr., whose property located at 2136 St.
Ferdinand Street, New Orleans, Louisiana, 70117, was covered by
Louisiana Citizens Fair Plan homeowners policy number FZH 010336008
at the time it sustained extensive damage from wind and wind-driven rain

3

due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

H. Brenda Chapman whose property located at 2124 St. Denis Street, New Orleans, Louisiana, 70122, was covered by Louisiana Citizens Fair Plan homeowners policy number FZH 008963109, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

I. Dorothy P. Cloud whose property located at 13474 Lourdes Street, New Orleans, Louisiana, 70129, was covered by Louisiana Citizens Fair Plan homeowners policy number FZH 034657700, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

J. Mary R. Cosse whose property located at 6944 Dorian Street, New Orleans, Louisiana, 70126, was covered by Louisiana Citizens Fair Plan homeowners policy number FZH 06021400, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

K. Kristy DelValle whose property located at 9111 Virtu Street, New Orleans, Louisiana, 70043, was covered by Louisiana Citizens Fair Plan homeowners policy number FZH 035427600, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

L. Shoun Evans whose property located at 1027 Flood Street, New Orleans, Louisiana, 70117, was covered by Louisiana Citizens Fair Plan homeowners policy number FZH 033096300, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

M. Cora Jean Ferrand whose property located at 2719 Jonquil Street, New Orleans, Louisiana, 70122, was covered by Louisiana Citizens Fair Plan homeowners policy number FZH 034728201, at the time it sustained

extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

N. Rose Fuselier whose property located at 1403 Center Street, Arabi, Louisiana, 70032, was covered by Louisiana Citizens Fair Plan homeowners policy number FZH 005079211, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

O. Chauncey Green whose property located at 1328 St. Denis Street, New Orleans, Louisiana, 70122, was covered by Louisiana Citizens Fair Plan homeowners policy number FZH 024515104, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

P. D'Wanna Green-Hayes whose property located at 7800-02 Kent Street, New Orleans, Louisiana, 70128, was covered by Louisiana Citizens Fair Plan homeowners policy number FZH 031755101, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

Q. Wilma T. Hurley whose property located at 3531 Franklin Ave., New Orleans, Louisiana, 70122, was covered by Louisiana Citizens Fair Plan homeowners policy number FZH 010223210, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

R. Steve Johnson whose property located at 2232 Painters Street, New Orleans, Louisiana, 70117, was covered by Louisiana Citizens Fair Plan homeowners policy number FZH 008826309, at the time it sustained extensive damage from wind and wind-driven rain due to Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

S. Marenthia M. Lagarde whose property located at 1815 Jourdan Street, New Orleans, Louisiana, 70117, was covered by Louisiana Citizens Fair Plan homeowners policy number FZH 025139102, at the time it sustained

extensive damage from wind and wind-driven rain due to Hurricane
Katrina which made land fall on Louisiana on August 29, 2005.

T.  John Lopez, Jr., whose property located at 6167 Catina Street, New
    Orleans, Louisiana, 70124, was covered by Louisiana Citizens Fair Plan
    homeowners policy number FZH 028572502, at the time it sustained
    extensive damage from wind and wind-driven rain due to Hurricane
    Katrina which made land fall on Louisiana on August 29, 2005.

U.  Joann Patterson whose property located at 5034 West Lake Street, New
    Orleans, Louisiana, 70126, was covered by Louisiana Citizens Fair Plan
    homeowners policy number FZH 014021307, at the time it sustained
    extensive damage from wind and wind-driven rain due to Hurricane
    Katrina which made land fall on Louisiana on August 29, 2005.

V.  Betty Richardson whose property located at 4769, New Orleans,
    Louisiana, 70126, was covered by Louisiana Citizens Fair Plan
    homeowners policy number FZH 018548905, at the time it sustained
    extensive damage from wind and wind-driven rain due to Hurricane
    Katrina which made land fall on Louisiana on August 29, 2005.

W.  O'Sheia and Corey Robinson whose property located at 1501-03 N.
    Rochebl Ave., New Orleans, Louisiana, 70129, was covered by Louisiana
    Citizens Fair Plan homeowners policy number FZH 060911700 at the time
    it sustained extensive damage from wind and wind-driven rain due to
    Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

X.  Latanya and Terrence Roberts whose property located at 14772 Beckman
    Road, New Orleans, Louisiana, 70128, was covered by Louisiana Citizens
    Fair Plan homeowners policy number FZH 0336701 at the time it
    sustained extensive damage from wind and wind-driven rain due to
    Hurricane Katrina which made land fall on Louisiana on August 29, 2005.

Y.  Rhonda Row, whose property located at 6420 Orin Street, New Orleans
    Louisiana, 70117, was covered by Louisiana Citizens Fair Plan
    homeowners policy number FZH 011339208, at the time it sustained

extensive damage from wind and wind-driven rain due to Hurricane
Katrina which made land fall on Louisiana on August 29, 2005.

Z.   Clifton Smith whose property located at 2745 Jonquil Street, New Orleans
     Louisiana, 70122, was covered by Louisiana Citizens Fair Plan
     homeowners policy number FZH 012719608, at the time it sustained
     extensive damage from wind and wind-driven rain due to Hurricane
     Katrina which made land fall on Louisiana on August 29, 2005.

AA.  Lynette M. Smith whose property located at 5134 Lakeview Court,
     New Orleans Louisiana, 70126, was covered by Louisiana Citizens Fair
     Plan homeowners policy number FZH 017761005, at the time it sustained
     extensive damage from wind and wind-driven rain due to Hurricane
     Katrina which made land fall on Louisiana on August 29, 2005.

BB.  Deneen M. Stewart whose property located at 8031 Dwyer Road,
     New Orleans Louisiana, 70126, was covered by Louisiana Citizens Fair
     Plan homeowners policy number FZH 031252701, at the time it sustained
     extensive damage from wind and wind-driven rain due to Hurricane
     Katrina which made land fall on Louisiana on August 29, 2005.

CC.  Alvin Turner, Sr., whose property located at 7440 Seven Oaks Dr.,
     New Orleans Louisiana, 70128, was covered by Louisiana Citizens Fair
     Plan homeowners policy number FZH 027962002, at the time it sustained
     extensive damage from wind and wind-driven rain due to Hurricane
     Katrina which made land fall on Louisiana on August 29, 2005.

DD.  The Estate of Eugene J. Wallace, namely Durel and Chris Wallace
     and Shawnel Wallace whose property located at 2224-26 Reynes St., New
     Orleans Louisiana, 70117, was covered by Louisiana Citizens Fair Plan
     homeowners policy number FZH 032778701, at the time it sustained
     extensive damage from wind and wind-driven rain due to Hurricane
     Katrina which made land fall on Louisiana on August 29, 2005.

EE.  Verdell Wharton whose property located at 5168 St. Ferdinand Dr.,
     New Orleans Louisiana, 70126, was covered by Louisiana Citizens Fair
     Plan homeowners policy number FZH 0229903, at the time it sustained

extensive damage from wind and wind-driven rain due to Hurricane

Katrina which made land fall on Louisiana on August 29, 2005.

FF.　　Estella Wiley whose property located at 4811 Read Blvd., New

Orleans Louisiana, 70127, was covered by Louisiana Citizens Fair Plan

homeowners policy number FZH 010008409, at the time it sustained

extensive damage from wind and wind-driven rain due to Hurricane

Katrina which made land fall on Louisiana on August 29, 2005.

GG.　　Jeanell Williams whose property located at 6007 N. Roman Street,

New Orleans Louisiana, 70117, was covered by Louisiana Citizens Fair

Plan homeowners policy number FZH 024435102, at the time it sustained

extensive damage from wind and wind-driven rain due to Hurricane

Katrina which made land fall on Louisiana on August 29, 2005.

HH.　　Joann Wilfred whose property located at 2220 Alabo Street, New

Orleans Louisiana, 70117, was covered by Louisiana Citizens Fair Plan

homeowners policy number FZH 0266057, at the time it sustained

extensive damage from wind and wind-driven rain due to Hurricane

Katrina which made land fall on Louisiana on August 29, 2005.

II. Charles Williams whose property located at 5727 N. Claiborne Street,

New Orleans Louisiana, 70117, was covered by Louisiana Citizens Fair

Plan homeowners policy number FZH 016474106, at the time it sustained

extensive damage from wind and wind-driven rain due to Hurricane

Katrina which made land fall on Louisiana on August 29, 2005.

| First | Last | Insurance Company | Policy Number | Incident Location | City | Zip |
|---|---|---|---|---|---|---|
| Edwina | Blackstone | AAA Auto Club Family Insurance | P8-286357-1 | 3533 Mandeville Street, New Orleans, LA 70127 | New Orleans | 70127 |
| Harry | Franatovich | AAA Auto Club Family Insurance | P03879851 | 3105 Campagna Drive, Chalmette, LA 70043 | Chalmette | 70043 |
| Constance | Davis | AAA Auto Club Family Insurance | P4-277626-1 | 7121 Queensway Drive, New Orleans, LA 70128 | New Orleans | 70128 |
| Richard | Howard | AAA Auto Club Family Insurance | P8-302242-1 | 8820-8822 Bunker Hill Road, New Orleans, LA 70119 | New Orleans | 70119 |
| Michael | Callaghan | AAA Auto Club Family Insurance | P83769821 | 6126 Burgundy St., New Orleans, LA 70117 | New Orleans | 70117 |
| Bryan | Bagnetto | AAA Auto Club Family Insurance | P8-309010-1 | 6523 Colbert Street, New Orleans, LA 70124 | New Orleans | 70124 |
| Joanne | Ursin | AAA Auto Club Family Insurance | H0806396 | 5700 Kensington Blvd., New Orleans, LA 70127 | New Orleans | 70127 |
| Tony | Collins | AAA Auto Club Family Insurance | P1-275163-1 | 7220 Westhaven Rd., New Orleans, LA 70126 | New Orleans | 70126 |
| Donna | Pearson | AAA Auto Club Family Insurance | P3-291758-1 | 4457 Arts Street, New Orleans, LA 70122 | New Orleans | 70122 |
| Harriet | Battiste | AAA Auto Club Family Insurance | P8-308181-0 | 5310 Cartier Avenue New Orleans, LA 70122 | New Orleans | 70122 |
| Julienne | Grenier | AAA Auto Club Family Insurance | P283567-1 | 5501 St. Bernard Avenue, New Orleans LA 70122 | New Orleans | 70122 |
| Brandy | Stokes | AAA Auto Club Family Insurance | P3-338260-1 | 6039-41 Lafaye St., New Orleans, LA 70122 | New Orleans | 70122 |
| Dedrick | Stewart | AAA Auto Club Family Insurance | P6-259072-1 | 1721 Kings Row, Slidell, La 70461 | Slidell | 70461 |
| Thelma | Topey | Aegis Security Insurance Company | H0037072 | 2325 General Pershing St., Violet, LA 70092 | Violet | 70092 |
| Lionel | Carmouche | Allstate Insurance Company | 0 95 434887 12/21 | 7059 East Renaissance Court New Orleans, LA 70128 | New Orleans | 70128 |
| Cynthia | Burthlong | Allstate Insurance Company | 910-560-223-4 | 7616 Shorewood Blvd., New Orleans, LA 70128 | New Orleans | 70128 |
| Proplet | Fox | Allstate Insurance Company | 15369974 | 5025 St. Bernard Avenue, New Orleans, LA 70122 | New Orleans | 70122 |
| Jeffrey | Ned | Allstate Insurance Company | 805578903 | 7610 Lincene Street, New Orleans, LA 70128 | New Orleans | 70128 |
| Ida | Eugene | Allstate Insurance Company | 0 45 969744 10/21 | 4627 Redwood Street, New Orleans, LA 70127 | New Orleans | 70127 |
| Spencer | Washington | Allstate Insurance Company | 80157359 | 5132 Montegut Drive, New Orleans, LA 70126 | New Orleans | 70126 |
| Willie Mae | Wilson | Allstate Insurance Company | 809434685 | 7241 Westhaven Road, New Orleans, LA 70126 | New Orleans | 70126 |
| Horace | Bynum Sr. | Allstate Insurance Company | 615 969487 10/01 | 323 Warrington Drive, New Orleans, LA 70122 | New Orleans | 70122 |
| Naomi | Williams | Allstate Insurance Company | FZD0550604 01 | 2336-38 South Galvez Street, New Orleans, LA 70125 | New Orleans | 70125 |
| Mary | Sherman | Allstate Insurance Company | 051 409464 10/05 | 4750 West Adams Court, New Orleans, LA 70128 | New Orleans | 70128 |
| Bennie | Francis Sr. | Allstate Insurance Company | 457660047 | 4800 Rosemont Place, New Orleans, LA 70126 | New Orleans | 70126 |
| Hosla | Brown | Allstate Insurance Company | 0 31 317427 11/30 | 5115 Montegut Drive, New Orleans, LA 70126 | New Orleans | 70126 |
| Patricia | Grant | Allstate Insurance Company | 9 15 334159 06/18 | 7571 Branch Drive, New Orleans, LA 70128 | New Orleans | 70128 |
| Wanda | Polk | Allstate Insurance Company | 45947868 | 7081 Edgefield Drive, New Orleans, LA 70125 | New Orleans | 70125 |
| Linda | Johnson | Allstate Insurance Company | 031317427 11/30 | 7825 Lapstrum Drive, New Orleans, LA 70126 | New Orleans | 70126 |
| Ernest | Johnson | Allstate Insurance Company | 0 21 560438 06/28 | 3732 Campagna Drive, Chalmette, LA 70043 | Chalmette | 70043 |
| Ronald | Sitmage | Allstate Insurance Company | 9 15-334159 | 7741 Stodderd Drive, New Orleans, LA 70128 | New Orleans | 70128 |
| Vernon | Llewis | Allstate Insurance Company | 045995848 02/12 | 4808 Werner Drive, New Orleans, LA 70126 | New Orleans | 70126 |
| Noella | Thom | Allstate Insurance Company | 15914099 | 113 Beaver Drive, Arabi, LA 70052 | Arabi | 70052 |
| Clarissa | Sherman | Allstate Insurance Company | 45412132 | 4927 Lurline Street, New Orleans, LA 70127 | New Orleans | 70127 |
| Nevelle | Bell | Allstate Insurance Company | 04594207605/27 | 2175-77 N. Dorgenois St., New Orleans, LA | New Orleans | 70119 |
| Raymond | Lieteau | Allstate Insurance Company | 045505030 05/17 | 4819 Nighthart Street, New Orleans, LA 70127 | New Orleans | 70127 |
| Wali | Abdel-Raoof | Allstate Insurance Company | 045 797 843 | 6928 Lamb Road, New Orleans, LA 70126 | New Orleans | 70126 |
| John | Tucker | Allstate Insurance Company | 045674811 02/28 | 4500 Lamaeque Drive, Meraux, LA 70075 | Meraux | 70075 |
| Theresa | Fecke | Allstate Insurance Company | 913 56048110/24 | 3500 Riverland Drive, Chalmette, LA 70043 | Chalmette | 70043 |
| Emily | Price | Allstate Insurance Company | 15726211 | 2241 Desionde St., New Orleans, LA 70117 | New Orleans | 70117 |
| Josephine | Bechel | Allstate Insurance Company | 45719995 | 5390 Douglass Street New Orleans, LA 70117 | New Orleans | 70117 |
| Kimberly | Robinette | Allstate Insurance Company | 915682702 | 5325 St. Bernard Avenue, New Orleans, LA 70122 | New Orleans | 70122 |

| First Name | Last Name | Insurance Company | Policy Number | Address | City | Zip |
|---|---|---|---|---|---|---|
| Rita | Bennett | Allstate Insurance Company | 045 588 037 | 7621 Afton Drive, New Orleans, LA 70126 | New Orleans | 70126 |
| Adline | Tennyson | Allstate Insurance Company | 09541 77821 01/29 | 4945 Robin Hood Dr, New Orleans, LA 70128 | New Orleans | 70128 |
| Winner | Trouiller | Allstate Insurance Company | 45761351 | 4842 Citrus Drive, New Orleans, LA 70127 | New Orleans | 70127 |
| Hilda | Tennyson | Allstate Insurance Company | 9 21 081200 08/10 | 7824 Devine Avenue, New Orleans, LA 70126 | New Orleans | 70126 |
| Anthony | Pricot Jr | Allstate Insurance Company | 95999979 | 7655 Southwood Dr., New Orleans, LA 70128 | New Orleans | 70128 |
| Lenny | Alvarez | Allstate Insurance Company | 09568290? 69/04 | 3412 Gallo Drive, Chalmette, LA 70043 | Chalmette | 70043 |
| Albert | Kare | Allstate Insurance Company | 45659547 | 4900 Citrus Road, New Orleans, LA 70127 | New Orleans | 70127 |
| Richard | Voss | Allstate Insurance Company | 85429569 | 2257 N. Claiborne, New Orleans, LA 70117 | New Orleans | 70117 |
| Winifred | Bradford | Allstate Insurance Company | 0 21 914373 04/29 | 1835 Gentilly Boulevard, New Orleans, LA 70119 | New Orleans | 70119 |
| Honore | Evans | Allstate Insurance Company | 0 21 913244 | 5779 Louis Prima Drive West, New Orleans, LA 70128 | New Orleans | 70128 |
| Nona | Beecham | Allstate Insurance Company | 45862587 | 10200 Springwood Street, New Orleans, LA 70127 | New Orleans | 70127 |
| Eva | Joiner | Allstate Insurance Company | 9 15 122063 01/28 | 4739 Papania Drive, New Orleans, LA 70127 | New Orleans | 70127 |
| Sophia | Olive | Allstate Insurance Company | 45362909 | 1264 Tennessee Street, New Orleans, LA 70117 | New Orleans | 70117 |
| Bernice | Moore | Allstate Insurance Company | 9 15801 16503-31 | 5753 Wingate Drive, New Orleans, LA 70122 | New Orleans | 70122 |
| Diane | Walker | Allstate Insurance Company | 045791672 06/25 | 4700 Bright Drive, New Orleans, LA 70127 | New Orleans | 70127 |
| Olive | Pulazzo | Allstate Insurance Company | 095 529622 10/05 | 7936 Sheephead Street, New Orleans, LA 70126 | New Orleans | 70126 |
| Leonard | Bonardi | Allstate Insurance Company | 045-539231 | 302 East Park Blvd., Braithwaite, LA 70040 | Braithwaite | 70040 |
| Mary | Swain | Allstate Insurance Company | 015 974 775 | 306 E. Park Blvd., Braithwaite, LA 70040 | Braithwaite | 70040 |
| Norman | Givens | Allstate Insurance Company | 9 10 554173 08/21 | 9851 East Wheaton Circle, New Orleans, LA 70127 | New Orleans | 70127 |
| Gloria | Starks | Allstate Insurance Company | 0 31 463684 07/11 | 6050 Erin Drive, New Orleans, LA 70126 | New Orleans | 70126 |
| Lonnie | Crooks | Allstate Insurance Company | 85406686 | 4814 N. Tonti St., New Orleans, LA 70117 | New Orleans | 70117 |
| Sonia | Grandison | Allstate Insurance Company | 45404263 | 7556 Daniel Dr., New Orleans, LA 70127 | New Orleans | 70127 |
| Louise | Thornton | Allstate Insurance Company | 0 45 432918 | 6119 South Hermes St., New Orleans, LA 70126 | New Orleans | 70126 |
| Mary | Nguyen | Allstate Insurance Company | 0 18 0477920 | 1544 N. Roman Street, New Orleans, LA 70116 | New Orleans | 70116 |
| Leona | Jordana | Allstate Insurance Company | 0-45-342985 | 6836 Farwood Road, New Orleans, LA 70126 | New Orleans | 70126 |
| Mary | Tan | Allstate Insurance Company | 45949951 | 2725 Mendez Street, New Orleans, LA 70122 | New Orleans | 70122 |
| Lynette | Gilles | Allstate Insurance Company | 9 10 911098 07/03 | 7440 Northgate Drive, New Orleans, LA 70128 | New Orleans | 70128 |
| Joan | Edgerston | Allstate Insurance Company | 0 31 534680 | 7451 Dartmoor Drive, New Orleans, LA 70127 | New Orleans | 70127 |
| Sandra | Melanie | Allstate Insurance Company | 850599447 | 4923 Wright Road, New Orleans, LA 70128 | New Orleans | 70128 |
| Shalunker | Aliska | Allstate Insurance Company | 0 45 705500 11/13 | 7624 Woodbine Drive, New Orleans, LA 70126 | New Orleans | 70126 |
| Moffett | Dale | Allstate Insurance Company | 0 85 942974 04/21 | 6969 Whitemore Pl., New Orleans, LA 70128 | New Orleans | 70128 |
| Whitfield | Catherine | Allstate Insurance Company | 0 45 899926 08/10 | 8341 Sabre Drive, Chalmette, LA 70043 | Chalmette | 70043 |
| Cruz | Sheila | Allstate Insurance Company | 0 15 068764 04/02 | 8521 Creole Drive, Chalmette, LA 70043 | Chalmette | 70043 |
| Vincent | Frank | Allstate Insurance Company | 0 45 210742 11/22 | 4819 Stemway Drive, New Orleans, LA 70126 | New Orleans | 70126 |
| McDaniel | Lana | Allstate Insurance Company | 031 831 752 | 2208 Ventura Drive, Chalmette, LA 70043 | Chalmette | 70043 |
| Gamble | Deidre | Allstate Insurance Company | 915 806-499 | 2109 Wellington Ln., Slidell, LA 70461 | Slidell | 70461 |
| Gant-Hutchinson | Vincent | Allstate Insurance Company | 6 21 133135 01/26 | 4242 Duplessis St., New Orleans, LA 70122 | New Orleans | 70122 |
| Forte | Jean | Allstate Insurance Company | 0 45 438952 11/20 | 201 West Street Plan Baptist, Chalmette, LA 70043 | Chalmette | 70043 |
| Terrie | Gordon | Allstate Insurance Company | 0 45 975427 11/20 | 5126 Cameron Blvd., New Orleans, LA 70122 | New Orleans | 70122 |
| Eunice | Carney | Allstate Insurance Company | 0 45 674986 | 4630 Marigny St., New Orleans, LA 70122 | New Orleans | 70122 |
| Treveen | Washington | Allstate Insurance Company | 45995786 12/10 | 4611 Evangeline Drive, New Orleans, LA 70127 | New Orleans | 70127 |
| Lydia | Marigny | Allstate Insurance Company | 0 31 953014 05/30 | 13532 Trappers Court, New Orleans, LA 70129 | New Orleans | 70129 |
| Stephanie | Marigny | Allstate Insurance Company | 021 695 275 11/25 | 7713 Scottwood Drive, New Orleans, LA 70128 | New Orleans | 70128 |

| First | Last | Company | Policy No. | Address | City | Zip |
|---|---|---|---|---|---|---|
| Willie | Clay | Allstate Insurance Company | 0 45 478904 03/01 | 1401 New Intrepid Street, New Orleans, LA 70129 | New Orleans | 70129 |
| Martha | Bourgeois | Allstate Insurance Company | 62115252259 | 1432 Tennessee Street, New Orleans, LA 70117 | New Orleans | 70117 |
| Barbara | Duplessis | Allstate Insurance Company | 13687322 | 4622 Frenchmen Street, New Orleans, LA 70122 | New Orleans | 70122 |
| Joyce | Twine | Allstate Insurance Company | 0 31 588309 | 4412 Duplessis St., New Orleans, LA 70122 | New Orleans | 70122 |
| Charles | Ulster | Allstate Insurance Company | 0 45 539635 11/28 | 6525 Marshal Foch, New Orleans, LA 70124 | New Orleans | 70124 |
| Glender | Long | Allstate Insurance Company | 0 21 473756 10/28 | 7615 Ekhtine Drive New Orleans, LA 70126 | New Orleans | 70126 |
| Greg | Morales, Jr. | Allstate Insurance Company | 0 953 44658 09/01 | 3117 Legend Dr., Meraux, LA 70075 | Meraux | 70075 |
| Cheryl | Hernandez | Allstate Insurance Company | 0 80907626 | 3841 Dominique Drive Chalmette, LA 70043 | Chalmette | 70043 |
| Sandra | Peters | Allstate Insurance Company | 0 31 215758 01/24 | 2225 North Broad Street New Orleans, LA 70119 | New Orleans | 70119 |
| Ethellee | Hooker | Allstate Insurance Company | 85369798 | 1800 Benton Street, New Orleans, LA 70117 | New Orleans | 70117 |
| Alvin | Clavo, Sr. | Allstate Insurance Company | 0 45 889009 06/29 | 6355 Dorothea St., New Orleans, LA 70126 | New Orleans | 70126 |
| Martha | Lefton | Allstate Insurance Company | 0 95 455005 10/30 | 7550 Morel St., New Orleans, LA 70128 | New Orleans | 70128 |
| Kname | Rouse | Allstate Insurance Company | 0 51 167670 11/05 | 7331 Heather Court, New Orleans, LA 70127 | New Orleans | 70127 |
| Donald | Harris Sr. | Allstate Insurance Company | 0 51 125914 07/01 | 7000 Whitmore Place, New Orleans, LA 70128 | New Orleans | 70128 |
| Mary Anne | Locurtro | Allstate Insurance Company | 0 51 387452 07/01 | 3117-3119 Jena Street, New Orleans, LA 70125 | New Orleans | 70125 |
| Sandra | Williams | Allstate Insurance Company | 15253753 | 7310 Trapier Ave., New Orleans, LA 70127 | New Orleans | 70127 |
| Corey | Davis | Allstate Insurance Company | 31162210 | 14585 Duane Rd., New Orleans, LA 70128 | New Orleans | 70128 |
| Manuel | Gagliano | Allstate Insurance Company | 85859512 | 2321 Munster Blvd., Meraux, LA 70075 | Meraux | 70075 |
| R.E. | Payne | Allstate Insurance Company | 049 923826 | 5165 Wickfield Dr., New Orleans, LA 70122 | New Orleans | 70122 |
| Stephen | Clark | Allstate Insurance Company | 91555144 09/23 | 2117 Landry Ct., Meraux, LA 70075 | Meraux | 70075 |
| Gaytell | Despinasse | Allstate Insurance Company | 045989525 07/13 | 7408 Bruchhardt Drive, New Orleans, LA 70128 | New Orleans | 70128 |
| Rose | Eagleton | Allstate Insurance Company | 91083994 | 5187 DeMontluzin St., New Orleans, LA 70122 | New Orleans | 70122 |
| Melanie | Lecompte | Allstate Insurance Company | 0 31 324597 04/27 | 6233 Vicksburg St., New Orleans, LA 70124 | New Orleans | 70124 |
| Joycelyn | Bonson | Allstate Insurance Company | 0 45 787336 | 3919 Buchanan Street, New Orleans, LA 70122 | New Orleans | 70122 |
| David | Ernst | Allstate Insurance Company | 0 21 920606 05/20 | 1911 Sabriel Dr., Arabi, LA 70032 | Arabi | 70032 |
| Priscilla | Monroe | Allstate Insurance Company | 85712454 | 14225 Interpid St., New Orleans, Louisiana 70129 | New Orleans | 70129 |
| Powder | Lorio | Allstate Insurance Company | 0 21 926133 05/18 | 5086 St. Ferdinand Drive, New Orleans, LA 70126 | New Orleans | 70126 |
| Annie | Montana | Allstate Insurance Company | 0 45 579991 10/04 | 2802 North Dorgenois St., New Orleans, LA 70117 | New Orleans | 70117 |
| John | Guzzardo | Allstate Insurance Company | 915768808 | 825-825 1/2 Wichlen Place, New Orleans, LA 70124 | New Orleans | 70124 |
| Audry | Steward | Allstate Insurance Company | 0 45 353205 07/30 | 2053 Manklin St., New Orleans, LA 70122 | New Orleans | 70122 |
| Hazel | Ralph | Allstate Insurance Company | 85873171 | 2150 Law St., New Orleans, LA 70119 | New Orleans | 70119 |
| Sue | Chao-Johnson | Allstate Insurance Company | 915374424 | 10911 N. Hardy Street, New Orleans, LA 70127 | New Orleans | 70127 |
| Pearl | Rice | Allstate Insurance Company | 0 45 433538 06/09 | 5500 DeBore Drive, New Orleans, LA 70126 | New Orleans | 70126 |

| Pearl | Rice | | | | | |
|---|---|---|---|---|---|---|
| Charles | Smith | Allstate Insurance Company | 0 45 975901 05/28 | 3528 Hamilton Street, New Orleans, LA 70118 | New Orleans | 70118 |
| Lavonsell | Rogers | Allstate Insurance Company | 0 21 951461 06/09 | 4735 cerise ave., new orleans, la 70127 | New Orleans | 70127 |
| Mary | Sharp | Allstate Insurance Company | 915 898228 05/26 | 928 Old Metairie Drive, Metairie, LA 70001 | Metairie | 70001 |
| Pennie | Riley-Falkins | Allstate Insurance Company | 31531427 | 7433 Connaught Dr., Marrero, LA 70072 | Marrero | 70072 |
| Paul | Robertson Sr. | Allstate Insurance Company | 0 45 964928 01/17 | 5243 Michaud Blvd., New Orleans, LA 70129 | New Orleans | 70129 |
| Manuel | Pinto Jr. | Allstate Insurance Company | 45372247 | 2304 Meadow Dr., Violet, LA 70092 | Violet | 70092 |
| Beulah | Forstall | Allstate Insurance Company | 15257242 | 2210 Almonaster Ave., New Orleans, LA 70117 | New Orleans | 70117 |
| Jeulah | Mccarthy | Allstate Insurance Company | 95042208 | 2804 Bartolo Dr., Meraux, LA 70075 | Meraux | 70075 |
| Andre | Blunt | Allstate Insurance Company | 0 45 598658 02/25 | 7410 Bullard Avenue, New Orleans, LA 70128 | New Orleans | 70128 |
| Eloise | Dangerfield | Allstate Insurance Company | 0 45 919541 08/11 | 2054 Carnot St., New Orleans, LA 70122 | New Orleans | 70122 |
| Willie Mae | Berry-Owens | Allstate Insurance Company | 915711465 | 4023 Mandeville Street, New Orleans, LA 70122 | New Orleans | 70122 |
| Traci | Francis-Jupiter | Allstate Insurance Company | 0 31 579111 02/27 | 5504 Warrington Drive New Orleans, Louisiana 70122 | New Orleans | 70122 |
| Leonette | Biagas | Allstate Insurance Company | 0 45 999788 02/24 | 5275 Basinview Drive, New Orleans, LA 70126 | New Orleans | 70126 |
| Karen | Maxwell | Allstate Insurance Company | 915433259 | 12 Davis Boulevard, New Orleans, LA 70121 | New Orleans | 70126 |
| Charles | Ramson | Allstate Insurance Company | 452065775 | 2317 Annette Street, New Orleans, LA 70119 | New Orleans | 70121 |
| Lucy | Leake | Allstate Insurance Company | 04534847901/03 | 7644 Lehigh Street | New Orleans | 70119 |
| Steven | Bliss | Allstate Insurance Company | 15808190 | 9004 Apple Street | New Orleans | 70127 |
| Walter | Wilson | Allstate Insurance Company | 935 640062 | 5137 Montegut Drive, New Orleans, LA 70126 | New Orleans | 70126 |
| Effem | Cooper | Allstate Insurance Company | 0 85 777646 05/15 | 7331 Shaw Ave., New Orleans, LA 70127 | New Orleans | 70127 |
| Ellen | Stan | Allstate Insurance Company | 0 95281164 07/15 | 5526 S Rocheblave Rd, New Orleans, LA 70125 | New Orleans | 70125 |
| Lilly | Love | Allstate Insurance Company | 9 15 178276 | 300 Maurus Avenue | New Orleans | 70125 |
| Christopher | Barton | Allstate Insurance Company | 0 15 756410 | 7306 Beaconsfield Drive, New Orleans, LA 70128 | New Orleans | 70131 |
| Ronald | Martin | Allstate Insurance Company | 0 85 840800 9/05 | 6858 Marheal Foch | New Orleans | 70128 |
| Cory | Vidal | Allstate Insurance Company | 9 21 081849 08/17 | 7557 Leigh Street, New Orleans, LA 70127 | New Orleans | 70124 |
| Iri | Skinner | Allstate Insurance Company | 0 95 511052 03/16 | 4402 St. Anthony Ave., New Orleans, LA 70122 | New Orleans | 70127 |
| James | Rhodes | Allstate Insurance Company | 0 15 218074 07/02 | 417 Palm Dr., Braithwaite, LA 70040 | Braithwaite | 70122 |
| Irene | Leaumont | Allstate Insurance Company | 0 45 407763 08/11 | 2853 Allen St., New Orleans, LA 70119 | New Orleans | 70040 |
| Deloris | Plain | Allstate Insurance Company | 0 45 21982 01/18 | 3217 Eagle St., New Orleans, LA 70118 | New Orleans | 70119 |
| Mabel | Barley | Allstate Insurance Company | 0 45 436159 05/30 | 4226 Monroe Street, New Orleans, LA 70118 | New Orleans | 70118 |
| Georgia | Gilbert | Allstate Insurance Company | | 698 ... New Orleans, LA | New Orleans | 70118 |
| Columbus | Williams | Allstate Insurance Company | 015229 02 | 1621 Charbonnete St., New Orleans, LA 70117 | New Orleans | 70117 |
| Joeanna | Thomas | Allstate Insurance Company | 9 15 494750 07/19 | 2156 Constantine Dr, Marrero, LA 70072 | Marrero | 70072 |
| Rose | Ulrich | Allstate Insurance Company | 9 15 406231 06/30 | 3657 Rivera Dr., Slidell, LA 70458 | Slidell | 70458 |
| Michael | Broussard Sr. | Allstate Insurance Company | 0 31 376675 06/15 | 7625 Berg Street, New Orleans, LA 70128 | New Orleans | 70128 |
| Jean | Hall | Allstate Insurance Company | 915860482 | 7312 Spanish Fort Blvd New Orleans, LA 70124 | New Orleans | 70124 |
| Jon | Crenshaw | Allstate Insurance Company | 0 31 581791 | 4950 Francisco Verrett Dr, New Orleans, LA 70126 | New Orleans | 70126 |
| Patricia | Deruise | Allstate Insurance Company | 0 21 809070 12/06 | 3130 N. Claiborne Ave. | New Orleans | 70117 |

| First | Last | Insurer | Policy/Claim | Address | City | Zip |
|---|---|---|---|---|---|---|
| Faye | Jernigan | Allstate Insurance Company | 0.8 0.613650 | 2132 Constantine Dr., New Orleans, LA 70072 | Marrero | 70072 |
| Joyce | Scott-Clipps | Allstate Insurance Company | 13303279 | 6700 Foch Boulevard, New Orleans, LA 70126 | New Orleans | 70126 |
| Antoinette | Wharton | Allstate Insurance Company | 0.95 628838 07/16 | 13489 Wales Street, New Orleans, LA 70128 | New Orleans | 70128 |
| Carolyn | James | Allstate Insurance Company | 0 15 186030 | 3327 De Saix Blvd., New Orleans, LA 70119 | New Orleans | 70119 |
| Paul | Lanaux | Allstate Insurance Company | 9 10 303996 01/15 | 6971 Marshall Foch St, New Orleans, LA 70124 | New Orleans | 70124 |
| Tierney | DeCuir | American Bankers Insurance | rin06313900 | 7003 Lawrence Road, Apartment 236, New Orleans, LA 70126 | New Orleans | 70126 |
| Albert | Unhehapen | American Home Insurance Company | 080-000-9919-31 | 9134 Delta Place Rd., New Roads, LA 70760 | New Roads | 70760 |
| Yvette | Walker | American Security Insurance | alro74096908 | 4700 Congress Drive, New Orleans, LA 70126 | New Orleans | 70126 |
| Sheila | Vaughn | American Security Insurance | HOC17280200 | 2311 Tupelo Street, New Orleans, LA 70117 | New Orleans | 70117 |
| Cynthia | McCormick | American Security Insurance | HOC13427700 | 5033 St. Anthony Avenue, New Orleans, LA 70122 | New Orleans | 70122 |
| Merlin | Collins | American Security Insurance | H0C120991000 | 7723 Scottwood Drive, New Orleans, LA 70128 | New Orleans | 70128 |
| Cheryle | Martin | American Security Insurance | 1 HOC51152 17 | 150 Munson Drive, Slaughter, LA 70777 | Slaughter | 70777 |
| Christie | Robinson | American Security Insurance | HOC131331100 | 7601 Brevard Avenue, New Orleans, LA 70126 | New Orleans | 70126 |
| Harold | Morris | American Security Insurance | HOC126882000 | 813 1-33 Keats Street New Orleans, LA 70126 | New Orleans | 70126 |
| Leon | Burton | American Southern Home Insurance Co. | AL807075696946 | 4920 Sherwood Drive, New Orleans, LA 70038 | New Orleans | 70038 |
| Melinda | Cubbage | American Southern Home Insurance Co. | 8000458638136 | 41526 Hwy 23 Boothville, LA 70083 | Boothville | 70083 |
| Scott | Farrell | ANPAC Louisiana Insurance Company | 17-X-892-751-4 | 5810 Mandeville Street, New Orleans, LA 70122 | New Orleans | 70122 |
| Belinda | Unhehapen | ANPAC Louisiana Insurance Company | 17XF089634 | 2905 Karen Dr., Chalmette, LA 70043 | Chalmette | 70043 |
| Livingstone | Lewis | ANPAC Louisiana Insurance Company | 17XS13093-4 | 7510 Farwood Drive, New Orleans, LA 70126 | New Orleans | 70126 |
| Robin | Hills | ANPAC Louisiana Insurance Company | 17-X-V97-608-1 | 5443 Marais Street, New Orleans, LA 70117 | New Orleans | 70117 |
| Jessie | Norris | ANPAC Louisiana Insurance Company | 17XK180144 | 13256 St. Helena Place, New Orleans, LA 70129 | New Orleans | 70129 |
| Patrice | Williams | ANPAC Louisiana Insurance Company | 17XK180144 | 11010 Dreux Ave, New Orleans, LA 70127 | New Orleans | 70127 |
| Terry | Quebodeaux | ANPAC Louisiana Insurance Company | 17x9734364 | 414 Thirty Ninth St., New Orleans, LA 70124 | New Orleans | 70124 |
| Gregory | Carter | ANPAC Louisiana Insurance Company | 990181931 | 7615 Peres Ave., New Orleans, LA 70127 | New Orleans | 70127 |
| Rose | Morris | ANPAC Louisiana Insurance Company | 17-X-C88-427-0 | 1533 Westminster Blvd., Marrero | Marrero | 70072 |
| Wanda | Stamps | ANPAC Louisiana Insurance Company | 20070005181 | 10151 Curran Blvd., Apt E119, New Orleans, LA 70127 | New Orleans | 70127 |
| Nancy | Duttalo | ANPAC Louisiana Insurance Company | 17X16W265 | 3115 Blanchard Dr., Chalmette, LA 70043 | Chalmette | 70043 |
| Antonio | Gibson | ANPAC Louisiana Insurance Company | 17X655949 8 | 645 Broully Dr., Kenner, LA 70065 | Kenner | 70065 |
| Raphael | Gimenez | ANPAC Louisiana Insurance Company | 990104843720007 | 6409 Saint Roch Ave, New Orleans, LA 70122 | New Orleans | 70122 |
| Craig | Johnson | ANPAC Louisiana Insurance Company | 17XF50431 | 4024-26 Delgado Drive, New Orleans, LA 70119 | New Orleans | 70119 |
| Geneva | Oglesby | ANPAC Louisiana Insurance Company | 17X16W703 | 4728 Sherwood Dr, New Orleans, LA 70128 | New Orleans | 70128 |
| Ternius | Hilliard | ANPAC Louisiana Insurance Company | 17-T-H10-854-9 | 7741 Brevard Avenue New Orleans, LA 70127 | New Orleans | 70127 |
| Thomas | Jacqueline | Armed Forces Insurance Exchange | 00409116E-BR6 | 2304 Mendez Street, New Orleans, LA 70122 | New Orleans | 70122 |
| ODeal | Sullivan | Electric Insurance Company | 621761041 | 8829 Palm Street New Orleans, LA 70118 | New Orleans | 70118 |
| Ronald | LaMothe | Encompass Insurance | 148098853 | 4001-4003 Monroe Street, New Orleans, LA 70118 | New Orleans | 70118 |
| Patricia | Devens | Essex Insurance Company | AFP23011100 | 803 Marigny Street, New Orleans, LA 70117 | New Orleans | 70117 |
| Patrick | Parreton | Farmers Insurance Company | 57-92457-4146 | 6227 Magnolia Street, New Orleans, LA 70118 | New Orleans | 70118 |
| Gwendolyn | Perkins | Fidelity and Deposit Company of Maryland | LRES50000643 | 2444 Mithra Street, New Orleans, LA 70122 | New Orleans | 70122 |
| Josephine | Phillips | Fidelity and Deposit Company of Maryland | RFKR21945-6 | 672 Cameron Court, Kenner, LA 70065 | Kenner | 70065 |
| Rebecca | Scott-Shallowhorne | Fidelity National Insurance Company | NP5026632 | 7620 Pine Ridge Street, New Orleans, LA 70128 | New Orleans | 70128 |
| Jenard | Blaine | Fidelity National Property & Casualty | NP5-00001975 | 7596 Morel Street, New Orleans, LA 70128 | New Orleans | 70128 |
| Ezzard | Wilson | General Insurance Company Of America | MH771029ZB | 2685 Clover Street, New Orleans, LA 70122 | New Orleans | 70122 |
| Earl | Long | GMAC Insurance | 30167399 | 5519 Pratt Dr., New Orleans, LA 70122 | New Orleans | 70122 |

| First Name | Last Name | Insurance Company | Policy Number | Address | City | Zip |
|---|---|---|---|---|---|---|
| Corinne | Elliott | Great American Insurance Company | 5231289 | 5736 S. Claiborne Ave., New Orleans, LA 70125 | New Orleans | 70125 |
| Victor | DuRapau Jr. | Hanover Insurance Company | HVO 5353484 | 5100 Elysian Fields Avenue, New Orleans, LA 70122-4013 | New Orleans | 70122 |
| Dennis | Scheuermann | Hanover Insurance Company | HNO 6753677 | 6374 Orleans Ave., New Orleans, LA 70124 | New Orleans | 70124 |
| Jung Jan | Tisa | Hanover Insurance Company | 02DD733447802 | 234 W. Harrison Avenue, New Orleans, LA 70124 | New Orleans | 70124 |
| Doris | Warren | Hanover Insurance Company | HNO 4498629 | 1526 Seville Drive | Chalmette | 70043 |
| Harold | Blappert | Hanover Insurance Company | HVO 4222751 | 4911 Hickerson Dr., New Orleans, LA 70127 | New Orleans | 70127 |
| John | Golden | Hanover Insurance Company | HVO 7064496 | 508 East Magistrate Street | Chalmette | 70043 |
| Mildred | White | Hanover Insurance Company | FVO 3822265 | 35277 Bayou Liberty Road, Slidell, LA 70460 | Slidell | 70460 |
| Catherine | Johnson | Hanover Insurance Company | 55 RBE709541 | 7515 Lacombe Street, New Orleans, LA 70127 | New Orleans | 70127 |
| Dale | Delphi | Hanover Insurance Company | 55RBB640110 | 43 E. Blue Ridge Court, New Orleans, LA 70128 | New Orleans | 70128 |
| Lorenzi | Fraching | Hanover Insurance Company | 55RBA670074 | 7451 Seven Oaks Road, New Orleans, LA 70128 | New Orleans | 70128 |
| | Preston | Hartford Insurance Company | | 8301 Olive Court, Chalmette, LA 70043 | Chalmette | 70043 |
| Easter | Myers | Hartford Insurance Company | 43 RB 943729 CC | 4024 American Street, New Orleans, LA 70126 | New Orleans | 70126 |
| Mathilda | Lally | Hartford Insurance Company | 55 RBB 8416091 | 3624 Volpe Drive, Chalmette, LA 70043 | Chalmette | 70043 |
| Dorothy | Carter | Hartford Insurance Company | 55RBA671287 | 1871-73 Rocheblave St, New Orleans, LA 70119 | New Orleans | 70119 |
| Anna | Clay | Hartford Insurance Company | 55 RBA483620 | 2333-2335 Joliet Street, New Orleans, LA 70118 | New Orleans | 70118 |
| Karen | Cameron | Hartford Insurance Company | 55 RBE623303 | 7168 Grey Oaks Drive, New Orleans, LA 70126 | New Orleans | 70126 |
| Vernon | Ernst | Hartford Insurance Company | 55 RBB944733 | 7236 Patricia Street, Arabi, LA 70032 | Arabi | 70032 |
| Ella | Fontenot | Hartford Insurance Company | 55 RBA445146 | 3500 Pecan Dr. | Arabi | 70043 |
| Erik | Anderson | Hartford Insurance Company | 55 RBB835553 | 3705 Evangeline Avenue | Chalmette | 70043 |
| Eugene | Hooker | Hartford Insurance Company | | 1900 & 1902 Benton Street, New Orleans, LA 70117 | New Orleans | 70117 |
| Sheila | Sawyer | LaCitizen Fair Plan | FZH03555595 00 | 4918 Crowder Blvd., New Orleans, LA 70126 | New Orleans | 70126 |
| Wanda | Varnado | LaCitizen Fair Plan | FZH0229966903 | 229 Nuria Drive, Arabi, LA 70032 | Arabi | 70032 |
| Percy | Payne | LaCitizen Fair Plan | FZD028455 | 4618 Allen Street, New Orleans, LA 70122 | New Orleans | 70122 |
| David | Goodman Sr. | LaCitizen Fair Plan | FZH 0170281 06 | 2609 Law Street, New Orleans, LA 70117 | New Orleans | 70117 |
| Terry | LeBan | LaCitizen Fair Plan | FZH360417 | 1533 Paula Street, New Orleans, LA 70122 | New Orleans | 70122 |
| Christina | Sorrels-Guillot | LaCitizen Fair Plan | FZD0271805903 | 3900, 3902, 3900B Bienville Street, New Orleans, LA 70119 | New Orleans | 70119 |
| Harris | Irvin Jr. | LaCitizen Fair Plan | FZD 0294234 01 | 13252 St. Helena Place, New Orleans, LA 70129 | New Orleans | 70129 |
| Osep | Odeh | LaCitizen Fair Plan | FZH0245227 02 | 8210 Aberdeen Road, New Orleans, LA 70126 | New Orleans | 70126 |
| Herbert | Johnson | LaCitizen Fair Plan | FZH01457207 | 2435 Independence Street, New Orleans, LA 70117 | New Orleans | 70117 |
| Leatrice | Canfield | LaCitizen Fair Plan | FZH029051902 | 2769 Odin Street, New Orleans, LA 70122-6562 | New Orleans | 70122 |
| Shanti | Freeman | LaCitizen Fair Plan | FZH01907605 | 923 Jourdan Avenue, New Orleans, LA 70117 | New Orleans | 70117 |
| Lynn | Williams-Morgan | LaCitizen Fair Plan | FZH03612670 0 | 1414 Desire Street, New Orleans, LA 70117 | New Orleans | 70117 |
| Bernice | Grant | LaCitizen Fair Plan | FZH0601487 01 | 2405 Tupelo Street, New Orleans, LA 70117 | New Orleans | 70117 |
| Karen | Webster | LaCitizen Fair Plan | FZH024044503 | 6430 N Galvez Street, New Orleans, LA 70117 | New Orleans | 70117 |