# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| MARY CROOKS | * CIVIL ACTION NO.: 08-2360 |
| Plaintiff, | * |
| VERSUS | * JUDGE: CARL J. BARBIER |
| ALLSTATE INSURANCE COMPANY, | * MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR. |
| Defendant. | * |
| | * SECTION: J (2) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

On Motion of Defendant, Allstate Insurance Company, and on suggesting to the Court that Allstate Insurance Company wishes to substitute Frank X. Neuner, Jr., Melissa Lutgring Theriot, Gregory A. Koury, Jeremy N. Morrow and Daniel J. Poolson, Jr., of the Law Firm of Laborde & Neuner, as Counsel of Record on its behalf in the above-entitled and numbered action in place of Judy Y. Barrasso and Susan M. Rogge of the Law Firm of Barrasso, Usdin, Kupperman, Freeman and Sarver, L.L.C., and on further suggesting that this substitution will not delay the progress of this action.

1

| | |
|---|---|
| BARRASSO, USDIN, KUPPERMAN FREEMAN & SARVER, L.L.C. | LABORDE & NEUNER |
| /s/ Judy Y. Barrasso | /s/ Daniel J. Poolson, Jr. |
| JUDY Y. BARRASSO  #2814 | FRANK X. NEUNER, JR. #07674 |
| SUSAN M. ROGGE #28203 | MELISSA LUTGRING THERIOT #22628 |
| 909 Poydras Street, Suite 2400 | GREGORY A. KOURY - #26364 |
| New Orleans, LA 70112 | JEREMY N. MORROW - #29358 |
| Telephone (504) 589-9700 | DANIEL J. POOLSON, JR. #30676 |
| | One Petroleum Center, Suite 200 |
| | 1001 West Pinhook Road 70503 |
| | Post Office Drawer 52828 |
| | Lafayette, LA  70505-2828 |
| | TELEPHONE:    (337) 237-7000 |
| | FACSIMILE:    (337) 233-9450 |

## CERTIFICATE OF SERVICE

I hereby certify this 4th day of June, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Daniel J. Poolson, Jr.

2