UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| MARY CROOKS | * CIVIL ACTION NO.: 08-2360 |
| Plaintiff, | * |
| VERSUS | * JUDGE: CARL J. BARBIER |
| ALLSTATE INSURANCE COMPANY, | * MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR. |
| Defendant. | * SECTION: J (2) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**ORDER**</u>

**IT IS ORDERED** that the Motion of Defendant, Allstate Insurance Company, to substitute Frank X. Neuner, Jr., Melissa Lutgring Theriot, Gregory A. Koury, Jeremy N. Morrow and Daniel J. Poolson, Jr., of the Law Firm of Laborde & Neuner, as Counsel of Record on its behalf in the above entitled and numbered action, in place of Judy Y. Barrasso and Susan M. Rogge of the Law Firm of Barrasso, Usdin, Kupperman, Freeman and Sarver, L.L.C., be and is hereby granted.

New Orleans, Louisiana this  5th   day of June, 2008.

_____
United States District Judge

1