UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ORDERS OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to these actions have firmly agreed upon a compromise,

IT IS ORDERED that these actions are hereby dismissed without costs, but without prejudice to the right upon good cause shown, within ninety days, to seek summary judgment enforcing the compromise if it is not consummated by that time.

| | |
|---|---|
| C.A. 08-2632 | Usner v. Allstate Insurance Company |
| C.A. 08-2636 | Tennyson v. Allstate Insurance Company |
| C.A. 08-2360 | Crooks v. Allstate Insurance Company |
| C.A. 08-2725 | Maxwell v. Allstate Insurance Company |
| C.A. 08-2649 | Sylvester v. Allstate Insurance Company |
| C.A. 08-2413 | Palazzo v. Allstate Insurance Company |
| C.A. 08-2602 | Collor v. Allstate Insurance Company |
| C.A. 08-2642 | Progais v. Allstate Insurance Company |
| C.A. 08-2830 | Olive v. Allstate Insurance Company |
| C.A. 08-2731 | Rogers v. Allstate Insurance Company |
| C.A. 08-2611 | Scott-Clipps v. Allstate Insurance Company |
| C.A. 08-2952 | Jernigan v. Allstate Insurance Company |
| C.A. 08-2825 | Ned v. Allstate Insurance Company |
| C.A. 08-2824 | Chan-Johnson v. Allstate Insurance Company |

| | |
|---|---|
| C.A. 08-2367 | Duplessis v. Allstate Insurance Company |
| C.A. 08-2646 | Townsend v. Allstate Insurance Company |
| C.A. 08-2411 | Tennyson v. Allstate Insurance Company |
| C.A. 08-2776 | Bechet v. Allstate Insurance Company |
| C.A. 08-2835 | Lee v. Allstate Insurance Company |
| C.A. 08-2819 | Berry-Owens v. Allstate Insurance Company |
| C.A. 08-2765 | Forstall v. Allstate Insurance Company |
| C.A. 08-2730 | Riley-Falkins v. Allstate Insurance Company |
| C.A. 08-2822 | Benandi v. Allstate Insurance Company |
| C.A. 08-2625 | Thompson v. Allstate Insurance Company |
| C.A. 08-2728 | Plunkett v. Allstate Insurance Company |
| C.A. 08-2813 | Dixon v. Allstate Insurance Company |

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 5th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE