# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Mary Crooks | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 08-2360 |
| Allstate Insurance Company | ) |
| Defendant | ) SECT. J MAG. 2 |

RETURN

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   Allstate Insurance Company
   Through their agent for service: Louisiana
   Secretary of State, 8585 Archives Avenue,
   Baton Rouge, LA

A lawsuit has been filed against you.

   Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint First and Second Amended or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Daniel Becnel, Jr.
P.O. Drawer
106 W. Seventh Street
Reserve, LA 70084

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

MAY - 6 2008

Date: _____   _Stephanie Kall_
                                 Deputy clerk's signature

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on 7-31-08,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify): Personal Service on Defendants attorney of record Jim Donovan, 4040 Rye St., Metairie, LA 70006

My fees are $ N/A for travel and $ N/A for services, for a total of $ N/A.

Date: 7-31-08

_____
Server's signature

Kevin P. Kilbert, Attorney
Printed name and title

P.O. Drawer H, Reserve, LA 70084
Server's address